**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Petters Company, Inc.

Debtor(s)

Case No: 08–45257

Chapter 11 Case

---

**Notice of Filing of Transcript**
**and of Deadlines Related to Restriction and Redaction**

A transcript of the proceeding held on 1/27/09 was filed on 2/13/09. The following deadlines apply:

The parties have until 2/20/09 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is 3/6/09.

If a request for redaction is filed, the redacted transcript is due 3/16/09.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/14/09 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Neil K. Johnson 651–681–8550 or you may view the document at the clerk's office public terminal.

Dated: 2/17/09

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: aaron
Deputy Clerk

**mnbntrdl** 09/25/2008 – kb