## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under Case No. 08-45257 |
| Petters Company, Inc., et al., | Court File No. 08-45257 |
| Debtors. | Court Files Nos: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases Judge Gregory F. Kishel |

### WITHDRAWAL OF APPLICATION FOR ADMISSION PRO HAC VICE

**PLEASE TAKE NOTICE,** that Jeffrey D. Smith, counsel to Douglas A. Kelly, the court-appointed Chapter 11 Trustee of the above-captioned debtors, withdraws the Application for Admission *Pro Hac Vice* of Lauren J. Hofmann filed in the above-captioned bankruptcy cases on January 21, 2011 at Dkt. No. 958.

DOCS-#3397360-v1

| | |
|---|---|
| DATED: January 21, 2011 | **LINDQUIST & VENNUM P.L.L.P.** |
| | By /e/ Jeffrey D. Smith |

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)
jsmith@lindquist.com

**ATTORNEYS FOR DOUGLAS A. KELLEY, CHAPTER 11 TRUSTEE**