**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

PETERS COMPANY, INC., *et al.,*             Chapter 11 Bankruptcy
                                                Case No. 08-45257 (GFK)
                 Debtors.
                                                (Jointly Administered)

---

**APPLICATION FOR ADMISSION PRO HAC VICE**
**OF BRADY C. WILLIAMSON**

**Affidavit of Movant, Keith S. Moheban**

I, Keith S. Moheban, an active member in good standing of the Bar of the U.S. District Court for the District of Minnesota, request that this Court admit *pro hac vice* Brady C. Williamson, an attorney admitted to practice and in good standing in the U.S. District Courts for the Eastern and Western Districts of Wisconsin and the U.S. Bankruptcy Courts for the Eastern and Western Districts of Wisconsin, but not admitted to the bar of this court, who will be co-counsel for M&I Marshall and Ilsley Bank, a creditor in the above-captioned case. I am aware that the local rules of this court will require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

I am a resident of the State of Minnesota and will participate and accept service as required by D. Minn. LR 83.5(d), Rule 9010-3 and other applicable rules of the Local Rules of the United States Bankruptcy Court for the District of Minnesota.

Dated: January 24, 2011

/e/ Keith S. Moheban
Keith S. Moheban (#216380)
**LEONARD, STREET AND DEINARD**
   *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
E-mail: keith.moheban@leonard.com

*Attorneys for M&I Marshall & Ilsley Bank*

# AFFIDAVIT OF PROPOSED ADMITTEE
# BRADY C. WILLIAMSON

STATE OF WISCONSIN  )
                    ) ss.
COUNTY OF DANE      )

I, Brady C. Williamson, am currently a member in good standing of the U.S. District Courts for the Eastern and Western Districts of Wisconsin and the U.S. Bankruptcy Courts for the Eastern and Western Districts of Wisconsin, but am not admitted to the bar of this court. I understand that if this Court grants me admission *pro hac vice*, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by D. Minn. LR. 83.5(d). I further understand that the District of Minnesota and the United States Bankruptcy Court for the District of Minnesota are electronic courts and I consent to service required by Fed. R. Civ. P. 77 and any applicable Federal Rule of Bankruptcy Procedure by electronic means, and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred, in which case service will be effected by mail within 24 hours.

Dated: January 19TH, 2011.

Brady C. Williamson
(WI State Bar No. 1013896)

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
(608) 257-3911
(608) 257-0609 (fax)
bwilliam@gklaw.com

5876138_1

3