**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | Court File No. 08-45257 |
| Debtors. | |
| | Court Files Nos.: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

---

**REPORT OF TRUSTEE IDENTIFYING LEGAL COUNSEL, DEFENDANTS AND ADVERSARY PROCEEDINGS IN CONNECTION WITH ANTICIPATED COORDINATED MEDIATION OF MULTIPLE ADVERSARY PROCEEDINGS COMMENCED AGAINST CERTAIN EMPLOYEE DEFENDANTS AND STRATEGIC PARTNERS WHO ARE PART OF A JOINT DEFENSE GROUP**

---

Douglas A. Kelley ("Trustee"), in his capacity as Chapter 11 Trustee of the above-referenced bankruptcy estates, by and through his legal counsel, hereby submits the following *Report of Trustee Identifying Legal Counsel, Defendants and Adversary Proceedings in Connection with Anticipated Coordinated Mediation of Multiple Adversary Proceedings Commenced against Certain Employee Defendants and Strategic Partners Who Are Part of a Joint Defense Group* (the "Report") in accordance with the instructions of the Court set forth on the record at the Omnibus Hearing held on April 5, 2011.

The Trustee, after consultation with legal counsel for various defendants and legal counsel for the Chapter 7 Trustee, John R. Stoebner, in the jointly-administered bankruptcy cases of *In re Polaroid Corporation et al.*, BKY Case No. 08-46617, anticipates filing Mediation Request Notices in connection with the multiple adversary proceedings identified in <u>Exhibit A</u> which is attached hereto.  It is further anticipated that the Mediation Request Notices will seek the coordinated mediation of claims asserted in connection with multiple adversary proceedings in the *Petters* and *Polaroid* bankruptcy cases as well as claims asserted in certain receivership proceedings.

DATED:  April 15, 2011

KELLEY, WOLTER & SCOTT, P.A.

By:    /e/ Stacy L. Kabele
Steven E. Wolter (#170707)
Stacy L. Kabele (#0273673)

431 South Seventh Street
Suite 2530
Minneapolis, MN  55414
Telephone: (612) 371-9090
Facsimile:  (612) 371-0574
E-Mail Addresses:
swolter@kelleywolter.com
skabele@kelleywolter.com

**ATTORNEYS FOR
DOUGLAS A. KELLEY,
CHAPTER 11 TRUSTEE OF
PETTERS COMPANY, INC. , ET AL.**

DATED:   April 15, 2011                    **FRUTH, JAMISON & ELSASS, PLLC**


                                                                                                             By:     /e/ K. Jon Breyer
Thomas E. Jamison (#220061)
Douglas L. Elsass (#219241)
K. Jon Breyer (#302259)

3902 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 344-9700
Facsimile:  (612) 344-9705
E-Mail Addresses:
tjamison@fruthlaw.com
delsass@fruthlaw.com
jbreyer@fruthlaw.com

**ATTORNEYS FOR
DOUGLAS A. KELLEY,
CHAPTER 11 TRUSTEE OF
PETTERS COMPANY, INC. , ET AL.**

3

**EXHIBIT A**

**IDENTIFICATION OF LEGAL COUNSEL, DEFENDANTS
AND ADVERSARY PROCEEDINGS IN EMPLOYEE
JOINT DEFENSE GROUP DESIGNATED AS MEDIATION CASES**

**PCI/PGW DEFENDANTS[1]**

|  | **Legal Counsel** | **Defendants** | **Adv. No.** |
|---|---|---|---|
| **Anthony Ostlund & Baer P.A.** | Joseph W. Anthony<br>Steven M. Pincus<br>Anthony Ostlund & Baer P.A.<br>3600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Phone: 612-349-6969<br>janthony@aoblaw.com<br>spincus@aoblaw.com | Camille Chee-Awai<br>Patrick Engels<br>**Daniel Lagermeier**<br>Jon McGaunn<br>**Michael O'Shaughnessy**<br>**Stephen Ratliff**<br>Joseph Schmit<br>Tamara Tesar | 10-04398 (PCI/PGW)<br>10-04338 (PCI/PGW)<br>10-04403 (PCI/PGW)<br>10-04340 (PCI/PGW)<br>10-04401 (PCI/PGW)<br>10-04409 (PCI/PGW)<br>10-04367 (PCI/PGW)<br>10-04359 (PCI/PGW) |
| **Best & Flanagan, LLP** | Thomas B. Heffelfinger<br>Patrick B. Hennessy<br>Cynthia L. Hegarty<br>Best & Flanagan, LLP<br>225 South Sixth Street<br>Suite 4000<br>Minneapolis, MN 55402<br>Phone: (612) 339-7121<br>theffelfinger@bestlaw.com<br>phennessy@bestlaw.com<br>chegarty@bestlaw.com | George Danko<br>**William Dunlap**<br>Thomas Hay<br>Paul Traub | 10-04339 (PCI/PGW)<br>10-04410 (PCI/PGW)<br>10-04399 (PCI/PGW)<br>10-04404 (PCI/PGW) |
| **Birrell & Newmark, Ltd.** | Andrew Birrell<br>Birrell & Newmark, Ltd.<br>333 South 7th Street<br>Suite 3020<br>Minneapolis, MN 55402<br>Phone: (612) 871-7000<br>abirrell@gaskinsbennett.com | Mary Jeffries | 10-04400 (PCI/PGW) |
| **Michael Best & Friedrich LLP** | Ann Ustad Smith<br>Michael Best & Friedrich LLP<br>One South Pinckney Street<br>Suite 700<br>Madison, WI 53703<br>Phone: (608) 257-3501<br>ausmith@michaelbest.com | | |

---

[1] Note: The defendants identified in **bold** are parties in an adversary proceeding commenced by the Chapter 7 Trustee, John R. Stoebner, in the jointly-administered bankruptcy cases of *In re Polaroid Corporation et al.*, BKY Case No. 08-46617.

|  | **Legal Counsel** | **Defendants** | **Adv. No.** |
|---|---|---|---|
| **Bruzek Law Office** | Jeffrey M. Bruzek<br>Bruzek Law Office<br>265 West 7th Street<br>Suite 200<br>St. Paul, MN  55102<br>Phone: (651) 290-2338<br>jeffrey@bruzeklaw.com | David Margolis | 10-04348 (PCI/PGW) |
| **Gray Plant Mooty** | William J. Fisher<br>Gray Plant Mooty<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>Phone: (612) 632-3000<br>william.fisher@gpmlaw.com | **Whitney Clayton**<br>**Scott Hardy**<br>Kimberly Honig<br>Lois Kruse<br>**Stephen Barrett Morgan**<br>Michael Phelps<br>**Xiaohau (Connie) Zhang** | 10-04405 (PCI/PGW)<br>10-04408 (PCI/PGW)<br>10-04362 (PCI/PGW)<br>10-04371 (PCI/PGW)<br>10-04415 (PCI/PGW)<br>10-04342 (PCI/PGW)<br>10-04402 (PCI/PGW) |
| **Henson & Efron** | Wesley T. Graham<br>Henson & Efron<br>220 South Sixth Street<br>Suite 1800<br>Minneapolis, MN  55402<br>Phone: 612.339.2500<br>wgraham@hensonefron.com | Thomas Ting | 10-04345 (PCI/PGW) |
| **Hoff, Barry & Kozar, P.A.** | Thomas G. Barry, Jr.<br>Kimberly B. Kozar<br>Hoff, Barry & Kozar, P.A.<br>160 Flagship Corporate Center<br>775 Prairie Center Drive<br>Eden Prairie, MN  55344<br>Phone: (952) 941-9220<br>tbarry@hbklaw.com<br>kkozar@hbklaw.com | Deanne Anderson | 10-04344 (PCI/PGW) |
| **Leonard, Street and Deinard** | Douglas R. Peterson<br>Andrew W. Davis<br>Jennifer V. Ives<br>Leonard, Street and Deinard<br>The Graif Building<br>3 Civic Center Plaza, Suite 400<br>P. O. Box 967<br>Mankato, MN 56002<br>Phone: (507) 345-1179<br>douglas.peterson@leonard.com<br>andrew.davis@leonard.com<br>jennifer.ives@leonard.com | David Baer<br>Anastasia Dorsey<br>Arthur Joe<br>**Cheryl Mau** | 10-04370 (PCI/PGW)<br>10-04360 (PCI/PGW)<br>10-04358 (PCI/PGW)<br>10-04347 (PCI/PGW) |

|  | **Legal Counsel** | **Defendants** | **Adv. No.** |
|---|---|---|---|
| **Mackall, Crounse & Moore, PLC** | Timothy D. Moratzka<br>Mychal A. Bruggeman<br>Mackall, Crounse & Moore, PLC<br>1400 AT&T Tower<br>901 Marquette Avenue<br>Minneapolis, MN 55402<br>Phone: (612) 305-1400<br>tdm@mcmlaw.com<br>mab@mcmlaw.com | Thomas J. Salmen<br>Thomas R. Salmen<br>Thomas Klassen<br>Colleen Sarenpa | 10-04341 (PCI/PGW)<br>10-04364 (PCI/PGW)<br>10-04369 (PCI/PGW)<br>10-04363 (PCI/PGW) |
| **Maslon Edelman Borman & Brand, LLP** | Justin H. Perl<br>Amy J. Swedberg<br>John R.K. Darda<br>Maslon Edelman Borman & Brand, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140<br>Phone: (612) 672-8200<br>justin.perl@maslon.com<br>amy.swedberg@maslon.com<br>john.darda@maslon.com | **Lorence Harmer**<br>Patricia Hamm<br>Stuart Romenesko | 10-04372 (PCI/PGW)<br>10-04373 (PCI/PGW)<br>10-04419 (PCI/PGW) |
| **Messerli & Kramer, P.A.** | Joseph W. Lawver<br>Benjamin J. Court<br>Messerli & Kramer, P.A.<br>1400 Fifth Street Towers<br>100 South Fifth Street<br>Minneapolis, MN 55402<br>Phone: (612) 672-3600<br>jlawver@messerlikramer.com<br>bcourt@messerlikramer.com | Mollie O'Brien | 10-04361 (PCI/PGW) |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | David L. Mitchell<br>Joel A. Mintzer<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Phone: (612) 349-8500<br>dlmitchell@rkmc.com<br>jamintzer@rkmc.com | **Dove Carter**<br>Rebecca Holzem<br>John Jordan<br>Andrea Miller<br>Shawn Monighan<br>Mary Pernula<br>Kevin Riedl | 10-04337 (PCI/PGW)<br>10-04392 (PCI/PGW)<br>10-04376 (PCI/PGW)<br>10-04343 (PCI/PGW)<br>10-04395 (PCI/PGW)<br>10-04366 (PCI/PGW)<br>10-04346 (PCI/PGW) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Jointly Administered under Case No. 08-45257 |
| Petters Company, Inc., et al., | Court File No. 08-45257 |
| Debtors. | |
| | Court Files No.s: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

**CERTIFICATE OF SERVICE**

Joyell M. Johnson of the City of Minneapolis, County of Hennepin, State of Minnesota, states that on April 15, 2011, she served the following document:

**REPORT OF TRUSTEE IDENTIFYING LEGAL COUNSEL, DEFENDANTS AND ADVERSARY PROCEEDINGS IN CONNECTION WITH ANTICIPATED COORDINATED MEDIATION OF MULTIPLE ADVERSARY PROCEEDINGS COMMENCED AGAINST CERTAIN EMPLOYEE DEFENDANTS AND STRATEGIC PARTNERS WHO ARE PART OF A JOINT DEFENSE GROUP**

upon:

| | |
|---|---|
| Elite Landings, LLC<br>2005 Cargo Road<br>Minneapolis, MN 55450 | Matthew A. Feldman<br>Jessica S. Etra<br>Wilkie Farr & Gallagher, LLP<br>787 7th Avenue<br>New York, NY 10019 |
| Huron Consulting Group, Inc.<br>4795 Paysphere Circle<br>Chicago, IL 60674-4795 | Freestone Low Volatility Partners LP<br>c/o Mark R. Jacobs<br>Pryor Cashman LLP<br>410 Park Avenue<br>New York, NY 10022 |

| | |
|---|---|
| Neal Gerber & Eisenberg LLP<br>C/O Thomas C. Wolford<br>Two North LaSalle Street Suite 1700<br>Chicago, IL 60602 | Steven W. Thomas<br>Thomas Alexander & Forrester LLP<br>14 27th Avenue<br>Venice, CA 90291 |
| Geoff Vargo<br>c/o Edward J. Estrada<br>Reed Smith LLP<br>599 Lexington Ave. 22nd Floor<br>New York, NY 10022 | Taunton Ventures LP<br>c/o Paul Taunton<br>990 Deerbrook Drive<br>Chanhassen, MN 55317 |
| Kevin J Short<br>150 S. 5th St. Ste 3260<br>Minneapolis, MN 55402 | Edward J. Estrada<br>Reed Smith LLP<br>599 Lexington Ave., 22nd Floor<br>New York, NY 10022 |
| Daniel J. Frisk<br>Don R. Grande<br>Steven M. Light<br>Grand Frisk & Carter<br>2700 12th Avenue S., Suite 1<br>Fargo, ND 58103 | |

via U.S. Mail to the addresses listed above and electronically by Notice of Electronic Filing upon all parties who have requested service in these cases by filing the same via ECF with the Bankruptcy Court in the District of Minnesota.

/e/ Joyell M. Johnson
Joyell M. Johnson

2