**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | **Jointly Administered Under Case No. 08-45257** |
| Petters Company, Inc., et al., | |
| Debtors. | Court File Nos.: 08-45258 (GFK) |
| (includes: | 08-45326 (GFK) |
| Petters Group Worldwide, LLC; | 08-45327 (GFK) |
| PC Funding, LLC; | 08-45328 (GFK) |
| Thousand Lakes, LLC; | 08-45329 (GFK) |
| SPF Funding, LLC; | 08-15330 (GFK) |
| PL Ltd., Inc.; | 08-45331 (GFK) |
| Edge One LLC; | 08-45371 (GFK) |
| MGC Finance, Inc.; | 08-45392 (GFK) |
| PAC Funding, LLC; | |
| Palm Beach Finance Holdings, Inc.) | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

**JOINDER BY DEUTSCHE ZENTRALGENOSSENSCHAFTBANK AK
TO MEMORANDUM OF OPPORTUNITY FINANCE AND ITS RELATED
DEFENDANTS IN OPPOSITION TO TRUSTEE'S MOTION TO SUBSTANTIVELY
CONSOLIDATE CERTAIN OF THE DEBTORS' ESTATES**

Defendant DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main ("DZ Bank"), incorrectly named as "Deutsche Zentralgenossenschaftbank AG," by its attorneys, submits this joinder to the Memorandum of Law in Opposition to the Trustee's October 10, 2010 Motion to Substantively Consolidate Certain of the Debtors' Estates, dated September April 15, 2011 (the "Opportunity Finance Opposition"), filed by Opportunity Finance, LLC and its related defendants (as defined in the Opportunity Finance Opposition).[1] DZ Bank agrees with, joins in and adopts the Opportunity Finance Opposition.

---

[1] The motion was made on behalf of Opportunity Finance, LLC, Opportunity Finance Securitization, LLC, Opportunity Finance Securitization II, LLC, Opportunity Finance Securitization III, LLC, International Investment Opportunities, LLC, the Sabes Family Foundation, Sabes Minnesota Limited Partnership, Robert W. Sabes, Janet F. Sabes, Jon R. Sabes, and Steven F. Sabes.

DZ Bank is a defendant in two adversary proceedings stemming from the In re: Petters Company, Inc., *et al.*, bankruptcy proceeding, filed by John R. Stoebner, in his capacity as the Chapter 11 Trustee of debtor Polaroid Corporation, *et al.*, (Adv. No.10-04600) and Douglas A. Kelley, in his capacity as the Chapter 11 Trustee of debtors Petters Company, Inc., PC Funding, LLC ("PC Funding") and SPF Funding, LLC ("SPF Funding") (Adv. No. 10-04301). The claims asserted against DZ Bank concern certain financing transactions that DZ Bank had with certain of the Opportunity Finance defendants, pursuant to which certain of the Opportunity Finance defendants granted DZ Bank a security interest in promissory notes payable to Opportunity Finance by Petters Consumer Brands Funding, LLC ("PCB Funding"), SPF Funding or PC Funding and certain related assets.

DZ Bank joins in the request of Opportunity Finance and its related defendants that the Court deny the Trustee's Motion to Substantively Consolidate Certain of the Debtors' Estates.

Dated: April 15, 2011

Respectfully submitted,

WINTHROP & WEINSTINE

By: /s/ Michael A. Rosow
Michael A. Rosow, #317998
Capella Tower | Suite 3500
225 South Sixth Street
Minneapolis, MN 55402-4629
Phone: (612) 604-6734
Facsimile: (612) 604-6834
mrosow@winthrop.com

-and-

KAYE SCHOLER LLP
Richard Smolev
H. Peter Haveles, Jr.
425 Park Avenue
New York, New York 10022
Phone: (212) 836-8000
Facsimile: (212) 836-7154

5949409v1

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Petters Company, Inc., et al.,

Debtors.

**Jointly Administered under**
**Case No. 08-45257 (GFK)**

| (includes: | Court File Nos.: |
|---|---|
| Petters Group Worldwide, LLC; | 08-45258 |
| PC Funding, LLC; | 08-45326 |
| Thousand Lakes, LLC; | 08-45327 |
| SPF Funding, LLC; | 08-45328 |
| PL Ltd., Inc.; | 08-45329 |
| Edge One, LLC; | 08-45330 |
| MGC Finance, Inc.; | 08-45331 |
| PAC Funding, LLC; | 08-45371 |
| Palm Beach Finance Holdings, Inc.) | 08-45392 |
| | Chapter 11 Cases |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2011, I caused the foregoing **JOINDER BY DEUTSCHE ZENTRALGENOSSENSCHAFTBANK AK TO MEMORANDUM OF OPPORTUNITY FINANCE AND ITS RELATED DEFENDANTS IN OPPOSITION TO TRUSTEE'S MOTION TO SUBSTANTIVELY CONSOLIDATE CERTAIN OF THE DEBTORS' ESTATES** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following persons:

- Erik A Ahlgren   erikahlgren@charter.net
- Marc A. Al   maal@stoel.com, tmantonson@stoel.com;docketclerk@stoel.com
- Douglas B. Altman   daltmanlaw@comcast.net
- Carolyn G. Anderson   carolyn.anderson@zimmreed.com, mary.burnsklinger@zimmreed.com
- Margaret M Anderson   panderson@fhslc.com
- Richard D Anderson   randerson@briggs.com
- Joseph W. Anthony   janthony@aoblaw.com, lwilhelm@aoblaw.com
- Thomas C Atmore   tatmore@losgs.com, lfischer@losgs.com
- Jefferey D Bailey   jbailey@wc.com
- Valerie Bailey-Rihn   val.bailey@quarles.com, tracy.christianson@quarles.com
- Adam C Ballinger   aballinger@lindquist.com, ddavis@lindquist.com
- B Shane Barnes   sbarnes@meagher.com, dmantei@meagher.com

- Daniel C. Beck    dbeck@winthrop.com, tcooke@winthrop.com
- Sean M Berkowitz    sean.berkowitz@lw.com
- Kari Berman    kberman@briggs.com, kwilczyk@briggs.com
- Andrew Birrell    abirrell@gaskinsbennett.com, kluikens@gaskinsbennett.com
- Sean O'D Bosack    sbosack@gklaw.com, zraiche@gklaw.com
- K. Jon Breyer    jbreyer@fruthlaw.com, jjohnson@fruthlaw.com
- Mychal A. Bruggeman    mab@mcmlaw.com, ldj@mcmlaw.com;mcm_trustee@mcmlaw.com;jef@mcmlaw.com
- Jeffrey M. Bruzek    jeffrey@bruzeklaw.com
- Samuel T Bull    bulls@foster.com
- David Camarotto    dcamarotto@bassford.com, nsinard@bassford.com
- Karl L Cambronne    kcambronne@chestnutcambronne.com, dproulx@chestnutcambronne.com
- Scott R. Carlson    scarlson@fundgroups.com, ddewing@fundgroups.com
- Benjamin A Cavender    cavender.benjamin@dorsey.com, monahan.maureen@dorsey.com
- Roylene A Champeaux    Roylene.Champeaux@usdoj.gov, karen.malikowski@usdoj.gov;usamn.ecfbankruptcy@usdoj.gov;darcie.boschee@usdoj.gov
- Theodore T Chung    ttchung@jonesday.com
- Monica L. Clark    clark.monica@dorseylaw.com
- Gordon B. Conn    conn@kwgc-law.com
- Katherine A. Constantine    constantine.katherine@dorsey.com, yokiel.maryjo@dorsey.com
- Benjamin J. Court    bcourt@messerlikramer.com, kmagney@messerlikramer.com
- Jeffrey Coviello    jcoviello@stblaw.com
- Zachary J Crain    zcrain@mchlaw.com, kcarpenter@mchlaw.com
- Stephen J Creasey    screasey@lapplibra.com, dwegler@lapplibra.com
- Jack J Cullen    jc@foster.com, RistJ@foster.com
- Andrew W. Davis    andrew.davis@leonard.com
- Kevin M Decker    kdecker@briggs.com, scambronne@briggs.com
- Joseph W. Dicker    joe@joedickerlaw.com, joyce@joedickerlaw.com
- Angela D. Dodd    dodda@sec.gov
- Sarah E. Doerr    doerrsarah@moss-barnett.com, montpetitm@moss-barnett.com
- Matthew R. Doherty    mdoherty@brutlaw.com
- S Renee Dotson    sdotson@faegre.com
- Michael S. Dove    mdove@gislason.com, KGleisner@gislason.com;JBurgau@gislason.com
- Theresa H. Dykoschak    tdykoschak@faegre.com, bwalz@faegre.com
- Joseph R. Ellig    jrenyk@prtel.com, sjsnyk@prtel.com
- Douglas L Elsass    delsass@fruthlaw.com, jjohnson@fruthlaw.com;knarveson@fruthlaw.com
- Michael Fadlovich    michael.fadlovich@usdoj.gov
- Michael B Fisco    mfisco@faegre.com

- William Fisher    william.fisher@gpmlaw.com
- Terrence J. Fleming    tfleming@lindquist.com, mwilkinson@lindquist.com
- Don Fogel    donfogel@snowfogel.com, janissherrill@snowfogel.com
- Pamela Foohey    foohey.pamela@dorsey.com, pfoohey@gmail.com
- Michael J Ford    mford@quinlivan.com, knorton@quinlivan.com;ajohnson@quinlivan.com;mlahr@quinlivan.com
- Matthew D. Forsgren    mforsgren@briggs.com, cdanek@briggs.com
- David S. Foster    david.foster@lw.com, chefiling@lw.com;maureen.ferrara@lw.com
- Joseph Friedberg    joefriedberg@hotmail.com
- Daniel J Frisk    office@grandefrisk.com, dfrisk@grandefrisk.com
- Tara A Fumerton    tfumerton@jonesday.com, daralevinson@jonesday.com
- Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com
- David B Galle    dgalle@oppenheimer.com
- Craig M Geno    cmgeno@hjglawfirm.com, bpritchard@hjglawfirm.com;adavis@hjglawfirm.com;htrammell@hjglawfirm.com;amolpus@hjglawfirm.com;reception@hjglawfirm.com
- Clair R Gerry    gerry@sgsllc.com
- Adam A Gillette    agillette@fruthlaw.com, jjohnson@fruthlaw.com;knarveson@fruthlaw.com
- Michael D Gordon    mgordon@briggs.com
- Brian M Graham    bgraham@pedersenhoupt.com
- Wesley T. Graham    wgraham@hensonefron.com, cfisher@hensonefron.com
- Don R Grande    office@grandefrisk.com, don@grandefrisk.com
- Stephen F Grinnell    stephen.grinnell@gpmlaw.com
- Brian C Gudmundson    bcg@zimmreed.com
- Michael L. Gust    mgust@andersonbottrell.com, jernst@andersonbottrell.com
- Bradley J. Halberstadt    bankruptcy@szjlaw.com
- Christopher J Harayda    charayda@faegre.com, jeanderson@faegre.com
- Max C Heerman    mheerman@briggs.com
- Cynthia L Hegarty    Chegarty@bestlaw.com, kdahl@bestlaw.com
- David G Hellmuth    dhellmuth@hjlawfirm.com
- Patrick B. Hennessy    phennessy@bestlaw.com, kdahl@bestlaw.com
- Elizabeth A Hulsebos    hulsebos.elizabeth@dorsey.com
- Michael J Iannacone    mji@iannacone.com, miannacone@ecf.epiqsystems.com;knt@iannacone.com;trustee@iannacone.com
- Jennifer V Ives    jenni.ives@leonard.com
- J Jackson    jackson.j@dorsey.com, mckinven.jane@dorsey.com
- David A James    djames@nilanjohnson.com, mgrossman@nilanjohnson.com
- Thomas E Jamison    tjamison@fruthlaw.com, jjohnson@fruthlaw.com;knarveson@fruthlaw.com
- Jenneane Jansen    jenneane@jansenpalmer.com, kris@jansepalmer.com
- Jeanine L. Johnson    jjohnson@meyernjus.com
- Lori A Johnson    ljohnson@fruthlaw.com, jjohnson@fruthlaw.com
- James M. Jorissen    jjorissen@losgs.com, vrittenbach@losgs.com

- Stacy L Kabele    skabele@kelleywolter.com, tfield@kelleywolter.com;attorneys@kelleywolter.com
- Mark J. Kalla    mark.kalla@btlaw.com, rita.vogler@btlaw.com
- Kirstin D. Kanski    kkanski@lindquist.com, cfunk@lindquist.com
- Douglas W. Kassebaum    dkassebaum@fredlaw.com, scharter@fredlaw.com;bankruptcy@fredlaw.com
- Brya M Keilson    bkeilson@eckertseamans.com
- Tobias S Keller    tkeller@jonesday.com
- David C Kiernan    dkiernan@jonesday.com
- Lawrence R King    lking@larsonking.com, lburks@larsonking.com
- John L Kirtley    jkirtley@gklaw.com, zraiche@gklaw.com
- Matthew P Kostolnik    kostolnikm@moss-barnett.com, murphyb@moss-barnett.com
- Kimberly B Kozar    kkozar@hbklaw.com, wprice@hbklaw.com
- Robert T. Kugler    robert.kugler@leonard.com, ma.xiong@leonard.com
- Connie Lahn    connie.lahn@fmjlaw.com, marie.robinson@fmjlaw.com;erin.buss@fmjlaw.com;travis.powers@fmjlaw.com
- Thomas Lallier    ECF_Notices@foleymansfield.com
- John D. Lamey    bankrupt@lameylaw.com, shari.nelson@lameylaw.com;ong@lameylaw.com;ewright@lameylaw.com
- Jonathan M Landy    jlandy@wc.com
- Mark D Larsen    mlarsen@lindquist.com, ddaun@lindquist.com;dhilgers@lindquist.com
- Joseph W. Lawver    jlawver@messerlikramer.com, kmilner@messerlikramer.com
- Chris T Lenhart    lenhart.chris@dorsey.com
- Brian F Leonard    bleonard@losgs.com, swood@losgs.com
- Seth Leventhal    seth@leventhalpllc.com
- Steven M Light    office@grandefrisk.com, steve@lariveeandlight.com
- James A. Lodoen    jlodoen@lindquist.com, gluessenheide@lindquist.com
- Daniel N Lovejoy    lovejoy@parkerrosen.com, hanson@parkerrosen.com
- Ryan K Lurich    rlurich@fflawoffice.com, tfails@fflawoffice.com
- Kevin M Magnuson    kmagnuson@kelleywolter.com
- Nauni J Manty    ecf@mantylaw.com
- Brian McAleenan    bmcaleenan@sidley.com, efilingnotice@sidley.com;kperna@sidley.com;spkramer@sidley.com;mealvarez@sidley.com
- John R. McDonald    jmcdonald@briggs.com, mjacobson@briggs.com
- Michael S McElwee    msmcelwee@varnumlaw.com, mkerffmeyer@varnumlaw.com
- Patrick J McLaughlin    mclaughlin.patrick@dorsey.com
- Stephen M Mertz    smertz@faegre.com
- Michael L Meyer    mlmeyer@ravichmeyer.com
- Bryan E Minier    bminier@pedersenhoupt.com
- Joel A Mintzer    jamintzer@rkmc.com, elbecker@rkmc.com
- Jerome A Miranowski    jmiranowski@faegre.com
- David L. Mitchell    dlmitchell@rkmc.com

4

- Keith S. Moheban    keith.moheban@leonard.com, louise.currey@leonard.com
- Timothy D. Moratzka    tdm@mcmlaw.com, ldj@mcmlaw.com;jef@mcmlaw.com
- Becky A Moshier    moshierba@aol.com
- Marcus R Mumford    mrm@mumfordwest.com, ecf@mumfordwest.com
- ANDREW S NICOLL    anicoll@jenner.com
- Joel D. Nesset    jnesset@hinshawlaw.com, akulbeik@hinshawlaw.com;lswanson@hinshawlaw.com;kmoore@hinshawlaw.com
- Michael Olafson    molafson@lindquist.com, sgoettl@lindquist.com
- David Bradley Olsen    dolsen@hensonefron.com, cfisher@hensonefron.com
- John B. Orenstein    jorenstein@rossbizlaw.com, pmau@rossbizlaw.com;kredondo@rossbizlaw.com
- RONALD R PETERSON    rpeterson@jenner.com
- Kathleen M Patrick    kpatrick@munsch.com, jwielebinski@munsch.com;dperry@munsch.com;pmoore@munsch.com
- Todd C Pearson    pearson.todd@dorseylaw.com
- Patricia A Pedersen    ppedersen@kelleywolter.com
- James E Perschbach    james.perschbach@bgllp.com
- Douglas R. Peterson    douglas.peterson@leonard.com
- Joseph G Petrosinelli    jpetrosinelli@wc.com
- Steven M Pincus    spincus@aoblaw.com, dstower@aoblaw.com;lmausolf@aoblaw.com
- Marcus A Ploeger    mploeger@briggs.com, mjacobson@briggs.com
- S Steven Prince    steven.prince@leonard.com, ma.xiong@leonard.com;angelique.sherman@leonard.com
- Robert Raschke    robert.raschke@usdoj.gov
- Daniel E Reidy    dereidy@jonesday.com, Ma.Xiong@leonard.com
- Isaac M Rethy    irethy@stblaw.com
- Thomas C Rice    trice@stblaw.com
- Larry B. Ricke    rickel@srsg.net
- Michael E. Ridgway    mike.ridgway@usdoj.gov
- Charles W Ries    cw_ries@mrr-law.com, bankruptcy@mrr-law.com
- H Buswell Roberts    hbroberts@live.com
- Michael Rosow    mrosow@winthrop.com, jahlers@winthrop.com;tcooke@winthrop.com
- James A. Rubenstein    rubenstein@moss-barnett.com, montpetitm@moss-barnett.com
- Renee C. Rubish    renee_rubish@mrr-law.com, nancy_solberg@mrr-law.com
- Kim Ruckdaschel-Haley    kruckdaschel-haley@lindquist.com, dquest@lindquist.com
- David E. Runck    david.runck@fmjlaw.com, marie.robinson@fmjlaw.com;erin.buss@fmjlaw.com
- Robert Russell    rrussell@prtel.com, rlkilde@prtel.com
- James K Sander    jim@lienstrategies.com, jkensan@gmail.com
- Jordan W Sayre    jsayre@losgs.com
- Jon R. Schindel    jschindel@seilerlaw.com
- Roger G Schwartz    roger.schwartz@lw.com, barbara.pipchok@lw.com
- Peter J Schwingler    peter.schwingler@leonard.com, ma.xiong@leonard.com

5

- Daniel M Scott    dscott@kelleywolter.com, tfield@kelleywolter.com;attorneys@kelleywolter.com
- Edward Randolph Shaw    lawyer@edshawlaw.com, shawlawsecretary@yahoo.com
- K&L Gates LLP Shea    mackenzie.shea@klgates.com, chad.dale@klgates.com
- Charles R Shreffler    chuck@chucklaw.com, shreflaw@yahoo.com
- Alan I Silver    asilver@bassford.com, mball@bassford.com
- George H Singer    gsinger@lindquist.com, edaniels@lindquist.com
- William R. Skolnick    wskolnick@skolnick-shiff.com, rcargill@skolnick-shiff.com;sshiff@skolnick-shiff.com;abardwell@skolnick-shiff.com;mcolman@skolnick-shiff.com
- Rebecca G. Sluss    rsluss@oppenheimer.com
- Sandra S. Smalley-Fleming    ssmalley@lindquist.com, bhaberman@lindquist.com
- Ann Ustad Smith    ausmith@michaelbest.com, smbunge@michaelbest.com
- Jeffrey D. Smith    jsmith@lindquist.com, ddavis@lindquist.com
- Patrick C. Smith    patsmith@lawyersofminnesota.com
- Richard G Smolev    rsmolev@kayescholer.com
- Matthew J Splitek    matthew.splitek@quarles.com
- Katherine Stadler    kstadler@gklaw.com, zraiche@gklaw.com
- John R. Stoebner    jstoebner@lapplibra.com, rtri@lapplibra.com;lfrey@lapplibra.com
- Amy J Swedberg    amy.swedberg@maslon.com
- Deborah C Swenson    debs@lommen.com, swensonlaw@yahoo.com
- MICHAEL S TERRIEN    mterrien@jenner.com
- Bradley P Thoreson    thorb@foster.com, boleb@foster.com
- William M. Topka    topkaw@seversonsheldon.com, buntins@seversonsheldon.com
- US Trustee    ustpregion12.mn.ecf@usdoj.gov
- Gary D. Underdahl    gunderdahl@askfinancial.com, lporten@askfinancial.com
- Daryle Uphoff    duphoff@lindquist.com
- Adam Clifford Wadd    adamwadd@gmail.com, awadd01@hotmail.com;rkoveii@aol.com
- Thomas G. Wallrich    twallrich@hinshawlaw.com, jpierce@hinshawlaw.com;akulbeik@hinshawlaw.com;hmarx@hinshawlaw.com;jaudette@hinshawlaw.com;kmoore@hinshawlaw.com;JNesset@hinshawlaw.com
- Jane Welch    jwelch@morrisonfenske.com, elundgren@morrisonfenske.com
- Brady C Williamson    bwilliam@gklaw.com, zraiche@gklaw.com
- David J Woll    dwoll@stblaw.com
- Steven E. Wolter    swolter@kelleywolter.com, lyang@kelleywolter.com;tfield@kelleywolter.com;jkleinjan@kelleywolter.com

I further certify that the foregoing was sent to the following non-ECF recipients via U.S. Mail:

ARROWHEAD CAPITAL MANAGEMENT LLC
C/O JAMES N FRY
601 CARLSON PKWY
STE 1250

6

MINNETONKA, MN 55305

TIMOTHY F BROWN
ARENT FOX LLP
1050 CONNECTICUT AVE NW
WASHINGTON, DC 20036-5339

MICHAEL S BUDWICK
MELAND RUSSIN & BUDWICK PA
200 S BISCAYNE BLVD STE 3000
MIAMI, FL 33131

THOMAS K CAULEY
SIDLEY AUSTEL LLP
1 S DEARBORN
CHICAGO, IL 60603

EDWARD J ESTRADA
REED SMITH LLP
599 LEXINGTON AVE 22ND FLR
NEW YORK, NY 10022

JESSICA S ETRA
WILLKIE FARR & GALLAGHER LLP
787 7TH AVE
NEW YORK, NY 10019-6099

ELITE LANDINGS, LLC
2005 CARGO ROAD
MINNEAPOLIS, MN 55450

MARK ENSLIN
LINDQUIST & VENNUM P.L.L.P.
4200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402

ESTATE OF KENNETH R. CUNNINGHAM III
C/O MR. KENNETH R. CUNNINGHAM, JR.
120 WHITE CEDAR DR
SEDONA, AZ 86351

MELAND RUSSIN & BUDWICK PA
200 S BISCAYNE BLVD STE 3000
MIAMI, FL 33131

MATTHEW A FELDMAN
787 7TH AVE
NEW YORK, NY 10019

MATTHEW J FLYNN
QUARLES & BRADY
411 E WISCONSIN AVE
MILWAUKEE, WI 53202

LAWRENCE J FRIEDMAN
FRIEDMAN & FEIGER LLP
5301 SPRING VALLEY RD STE 200
DALLAS, TX 75254

MICHAEL L GAUBERT
FRIEDMAN & FEIGER LLP
5301 SPRING VALLEY RD STE 200
DALLAS, TX 75254

SOLOMON B GENET
MELAND RUSSIN & BUDWICK PA
200 S BISCAYNE BLVD STE 3000
MIAMI, FL 33131

DAVID M GISCHE
TROUTMAN SANDERS LLP
401 9TH ST NW
WASHINGTON, DC 20004-1234

JONATHAN HACKBARTH
QUARLES & BRADY
411 E WISCONSIN AVE
MILWAUKEE, WI 53202

JEFFRY M HENDERSON
HENDERSON & LYMAN
175 WEST JACKSON BLVD STE 240
CHICAGO, IL 60604

HUGH HILL
875 THIRD AVE
NEW YORK, NY 10022

MARCUS B HOLLADAY
TROUTMAN SANDERS LLP
401 9TH ST NW

SUITE 1000
WASHINGTON, DC 20004-1234

MARK R JACOBS
PRYOR CASHMAN LLP
410 PARK AVENUE
NEW YORK, NY 10022

HARRIS L KAY
HENDERSON & LYMAN
175 WEST JACKSON BLVD STE 240
CHICAGO, IL 60604

ROBIN E KELLER
HOGAN LOVELLUS US LLP
875 3RD AVE
NEW YORK, NY 10022

BRYAN KRAKAUER
SIDLEY AUTSIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603

JAMES ROBERT KRAUSE
FRIEDMAN & FEIGER LLP
5301 SPRING VALLEY RD STE 200
DALLAS, TX 75254

DOUGLAS A KELLEY
KELLEY & WOLTER PA
CENTRE VILLAGE OFFICES
431 S 7TH ST, SUITE 2530
MINNEAPOLIS, MN 55415

KELLY COLLINS-CUNNINGHAM, TRUSTEE OF THE KENNETH R. CUNNINGHAM III TRUST
13234 WEST JACOBSON DR
LITCHFIELD PARK, AZ 85340

ROBERT J LEMONS
WEIL GOTSHAL & MANGES LLP
767 5TH AVE
NEW YORK, NY 10153

MICHAEL S MC ELWEE
VARNUM LLP

9

BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS, MI 49501

ISSA MOE
MOSS AND BARNETT PA
4800 WELLS FARGO CENTER
90 SOUTH 7TH ST
MPLS, MN 55402

MARTIN J MULLEN
ROWE ALLEN MULLEN LLP
4274 EXECUTIVE SQUARE 11TH FLR
LA JOLLA, CA 92037

NEAL GERBER & EISENBERG LLP
C/O THOMAS C. WILFORD
TWO NORTH LASALLE STREET SUITE 1700
CHICAGO, IL 60602

ERIC W OSTROFF
MELAND RUSSIN & BUDWICK PA
200 S BISCAYNE BLVD STE 3000
MIAMI, FL 33131

DEBORAH M PERRY
3800 LINCOLN PLAZA
500 NORTH AKARD
DALLAS, TX 75201-6659

RONALD R PETERSON
JENNER & BLOCK, LLP
330 NORTH WABASH AVENUE
CHICAGO, IL 60611-7603

R BRIAN SHIELDS
FRIEDMAN & FEIGER LLP
5301 SPRING VALLEY RD STE 200
DALLAS, TX 75254

GROVER C SAYRE
LEONARD O'BRIEN ET AL
100 S FIFTH ST
SUITE 2500
MINNEAPOLIS, MN 55402

EDWARD RANDOLPH SHAW
ATTORNEY EDWARD R SHAW PA
722 SOUTH SIXTH STREET
BRAINERD, MN 56401

KEVIN J SHORT
150 S. 5TH ST. STE 3260
MINNEAPOLIS, MN 55402

BRYANT D TCHIDA
LEONARD STREET DEINARD
150 SOUTH FIFTH ST
STE 2300
MPLS, MN 55402

STEVEN W THOMAS
THOMAS ALEXANDER & FORRESTER LLP
14 27TH AVE
VENIE, CA 90291

TAUNTON VENTURES LP
C/O PAUL TAUNTON
990 DEERBROOK DR
CHANHASSEN, MN 55317

SHERRI L TOUB
WEIL GOTSHAL & MANGES LLP
767 5TH AVE
NEW YORK, NY 10153

TRENT TUCKER NON-PROFIT ORGANIZATION
4350 BAKER ROAD
SUITE 400
MINNEAPOLIS, MN 55343

GARY UNDERDAHL
2600 EAGAN WOODS DRIVE, SUITE 400
ST. PAUL, MN 55121

GARY D. UNDERDAHL
ASK FINANCIAL
2600 EAGAN WOODS DRIVE
SUITE 400
ST. PAUL, MN 55121

Dated:  April 15, 2011				Respectfully submitted,

11

WINTHROP & WEINSTINE

By: /s/ Michael A. Rosow
Michael A. Rosow, #317998
Capella Tower | Suite 3500
225 South Sixth Street
Minneapolis, MN 55402-4629
Phone: (612) 604-6734
Facsimile: (612) 604-6834
mrosow@winthrop.com

-and-

KAYE SCHOLER LLP
Richard Smolev
H. Peter Haveles, Jr.
425 Park Avenue
New York, New York 10022
Phone: (212) 836-8000
Facsimile: (212) 836-7154

5952563v1