**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | Court File No. 08-45257 |
| Debtors. | |
| (includes: | Court Files Nos.: |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases
Judge Gregory F. Kishel |

**WESTLB'S NOTICE REGARDING USE OF AN EXPERT WITNESS IN CONNECTION WITH THE TRUSTEE'S MOTION TO SUBSTANTIVELY CONSOLIDATE CERTAIN OF THE DEBTORS' ESTATES**

Pursuant to the Court's Amended Scheduling Order on Trustee's Motion for Substantive Consolidation entered May 17, 2011, WestLB hereby gives notice that it contemplates the use of an expert witness in connection with this matter.

- 2 -

| | |
|---|---|
| Dated: May 26, 2011 | DORSEY & WHITNEY LLP |
| | By:  /e/ Patrick J. McLaughlin |
| | Patrick J. McLaughlin (# 71080) |
| | Katherine A. Constantine (# 123341) |
| | Elizabeth A. Hulsebos (# 0390389) |
| | Johanna Huntley (# 0388360) |
| | 50 South Sixth Street, Suite 1500 |
| | Minneapolis, MN  55402-1498 |
| | Telephone: (612) 340-2600 |
| | Facsimile: (612) 340-2868 |
| | *Attorneys for WestLB AG, New York Branch* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>Petters Company, Inc., et al.,<br><br>　　　　　Debtors.<br>(includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.) | **Jointly Administered under**<br>**Case No. 08-45257**<br><br>Court File No. 08-45257<br><br>Court File Nos.:<br><br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK)<br><br>Chapter 11 Cases<br>Judge Gregory F. Kishel |

**CERTIFICATE OF SERVICE**

　　　I, Patrick J. McLaughlin, hereby certify that on May 26, 2011, I caused WestLB's Notice Regarding Use of an Expert Witness in Connection With the Trustee's Motion to Substantively Consolidate Certain of the Debtors' Estates to be filed electronically with the Clerk of Bankruptcy Court through CM/ECF, and to be served via CM/ECF, on the following:

| | |
|---|---|
| Erik A Ahlgren on behalf of Defendant Patricia Feneis<br>erikahlgren@charter.net | Marc A. Al on behalf of Defendant Wishes and More<br>maal@stoel.com, tmantonson@stoel.com; docketclerk@stoel.com |
| Douglas B. Altman on behalf of Defendant Associated Bank<br>daltmanlaw@comcast.net | Richard D Anderson on behalf of Defendant Big Brothers Big Sisters of the Greater Twin Cities<br>randerson@briggs.com |
| Carolyn G. Anderson on behalf of Interested Party AI Plus, Inc.<br>carolyn.anderson@zimmreed.com, mary.burnsklinger@zimmreed.com | Margaret M Anderson on behalf of Other Party Ronald Peterson<br>panderson@fhslc.com |
| Joseph W. Anthony on behalf of Defendant The George Isaac III Revocable Trust dated 06/16/95<br>janthony@aoblaw.com, lwilhelm@aoblaw.com | Thomas C Atmore on behalf of Defendant Northwestern Foundation<br>tatmore@losgs.com, lfischer@losgs.com |

| | |
|---|---|
| Jefferey D Bailey on behalf of Defendant International Investment Opportunities, LLC<br>jbailey@wc.com | Valerie Bailey-Rihn on behalf of Cross-Claimant Vicis Capital Master Fund, Ltd.<br>val.bailey@quarles.com, tracy.christianson@quarles.com |
| Adam C Ballinger on behalf of Plaintiff Douglas Kelley, Trustee<br>aballinger@lindquist.com, ddavis@lindquist.com | B Shane Barnes on behalf of Defendant Cohen Partnership<br>sbarnes@meagher.com, dmantei@meagher.com |
| Daniel C. Beck on behalf of Interested Party Acorn Capital Group, LLC<br>dbeck@winthrop.com, tcooke@winthrop.com | Sean M Berkowitz on behalf of Defendant General Electric Capital Corporation<br>sean.berkowitz@lw.com |
| Kari Berman on behalf of Defendant International Investment Opportunities, LLC<br>kberman@briggs.com, kwilczyk@briggs.com | Andrew Birrell on behalf of Defendant Mary Jeffries<br>abirrell@gaskinsbennett.com, kluikens@gaskinsbennett.com |
| Sean O'D Bosack on behalf of Defendant M&I Marshall and Ilsley Bank<br>sbosack@gklaw.com, zraiche@gklaw.com | K. Jon Breyer on behalf of Plaintiff Douglas Kelley, Trustee<br>jbreyer@fruthlaw.com, jjohnson@fruthlaw.com |
| Mychal A. Bruggeman on behalf of Defendant Beresford Bancorporation, Inc.<br>mab@mcmlaw.com, ldj@mcmlaw.com; mcm_trustee@mcmlaw.com;  jef@mcmlaw.com | Jeffrey M. Bruzek on behalf of Defendant David Margolis<br>jeffrey@bruzeklaw.com |
| Samuel T Bull on behalf of Interested Party Epsilon Global Active Value Fund II, Ltd.<br>bulls@foster.com | David Camarotto on behalf of Defendant Michelle Alton<br>dcamarotto@bassford.com, nsinard@bassford.com |
| Karl L Cambronne on behalf of Defendant Kenneth Johnson<br>kcambronne@chestnutcambronne.com, dproulx@chestnutcambronne.com | Scott R. Carlson on behalf of Defendant American Express Bank, FSB<br>scarlson@fundgroups.com, ddewing@fundgroups.com |
| Benjamin A Cavender on behalf of Interested Party Fidelis Foundation<br>cavender.benjamin@dorsey.com, monahan.maureen@dorsey.com | Roylene A Champeaux on behalf of Interested Party UNITED STATES OF AMERICA<br>Roylene.Champeaux@usdoj.gov, karen.malikowski@usdoj.gov; usamn.ecfbankruptcy@usdoj.gov; darcie.boschee@usdoj.gov |
| Theodore T Chung on behalf of Defendant Epsilon Global Active Value Fund II, L.P.<br>ttchung@jonesday.com | Monica L. Clark on behalf of Defendant WestLB AG, New York Branch<br>clark.monica@dorseylaw.com |
| Gordon B. Conn on behalf of Defendant AD Capital, LLC<br>conn@kwgc-law.com | Katherine A. Constantine on behalf of Creditor ARK ROYAL CAPITAL LLC<br>constantine.katherine@dorsey.com, yokiel.maryjo@dorsey.com |
| Benjamin J. Court on behalf of Defendant Volunteers of America in Minnesota<br>bcourt@messerlikramer.com, kmagney@messerlikramer.com | Jeffrey Coviello on behalf of Defendant JPMORGAN CHASE & CO.<br>jcoviello@stblaw.com |
| Zachary J Crain on behalf of Defendant HOME FEDERAL SAVINGS BANK<br>zcrain@mchlaw.com, kcarpenter@mchlaw.com | Stephen J Creasey on behalf of Interested Party John Stoebner<br>screasey@lapplibra.com, dwegler@lapplibra.com |
| Jack J Cullen on behalf of Defendant Epsilon Global Active Value Fund II, Ltd.<br>jc@foster.com, RistJ@foster.com | Andrew W. Davis on behalf of Defendant Anastasia Dorsey<br>andrew.davis@leonard.com |
| Kevin M Decker on behalf of Defendant JPMORGAN CHASE & CO.<br>kdecker@briggs.com, scambronne@briggs.com | Joseph W. Dicker on behalf of Defendant Plaza I, Inc.<br>joe@joedickerlaw.com, joyce@joedickerlaw.com |

| | |
|---|---|
| Angela D. Dodd on behalf of Interested Party Angela Dodd<br>dodda@sec.gov | Sarah E. Doerr on behalf of Special Counsel MOSS & BARNETT A PROFESSIONAL ASSOCIATIO<br>doerrsarah@moss-barnett.com, montpetitm@moss-barnett.com |
| Matthew R. Doherty on behalf of Defendant Larry Kuperus<br>mdoherty@brutlaw.com | S Renee Dotson on behalf of Defendant Apriven Partners, LP<br>sdotson@faegre.com |
| Michael S. Dove on behalf of Interested Party Ronald R. Peterson as Chapter 7 Trustee for Lancelot Investors Fund, LP, et al<br>mdove@gislason.com, KGleisner@gislason.com; JBurgau@gislason.com | Theresa H. Dykoschak on behalf of Interested Party Sun Minnesota Foreign Holdings, LLC and Sun Domestic Holdings, LLC and Sun Credit, LLC<br>tdykoschak@faegre.com, bwalz@faegre.com |
| Joseph R. Ellig on behalf of Defendant Timothy Brennan<br>jrenyk@prtel.com, sjsnyk@prtel.com | Douglas L Elsass on behalf of Plaintiff Douglas Kelley, Trustee<br>delsass@fruthlaw.com, jjohnson@fruthlaw.com; knarveson@fruthlaw.com |
| Michael Fadlovich on behalf of U.S. Trustee US Trustee<br>michael.fadlovich@usdoj.gov | Michael B Fisco on behalf of Defendant Superior Holdings Company<br>mfisco@faegre.com |
| William Fisher on behalf of Creditor Bank of America, N.A.<br>william.fisher@gpmlaw.com | Terrence J. Fleming on behalf of Plaintiff Douglas Kelley, Trustee<br>tfleming@lindquist.com, mwilkinson@lindquist.com |
| Don Fogel on behalf of Defendant Don Aron<br>donfogel@snowfogel.com, janissherrill@snowfogel.com | Pamela Foohey on behalf of Interested Party Interlachen Harriet Investments Limited<br>foohey.pamela@dorsey.com, pfoohey@gmail.com |
| Michael J Ford on behalf of Defendant Larsen Agribusiness, Inc.<br>mford@quinlivan.com, knorton@quinlivan.com; ajohnson@quinlivan.com;  mlahr@quinlivan.com | Matthew D. Forsgren on behalf of Defendant International Investment Opportunities, LLC<br>mforsgren@briggs.com, cdanek@briggs.com |
| David S. Foster on behalf of Defendant General Electric Capital Corporation<br>david.foster@lw.com, chefiling@lw.com; maureen.ferrara@lw.com | Joseph Friedberg on behalf of Defendant A.M. Aero, Inc.<br>joefriedberg@hotmail.com |
| Daniel J Frisk on behalf of Interested Party ALFREDA M RUNGE IRA<br>office@grandefrisk.com, dfrisk@grandefrisk.com | Tara A Fumerton on behalf of Defendant Epsilon Global Active Value Fund II, L.P.<br>tfumerton@jonesday.com, daralevinson@jonesday.com |
| Timothy A. Fusco on behalf of Creditor Bank of America, N.A.<br>fusco@millercanfield.com, skoczylas@millercanfield.com | David B Galle on behalf of Defendant Arrowhead Capital Finance, Ltd.<br>dgalle@oppenheimer.com |
| Craig M Geno on behalf of Defendant Joseph Mansour<br>cmgeno@hjglawfirm.com, bpritchard@hjglawfirm.com;  adavis@hjglawfirm.com; htrammell@hjglawfirm.com;  amolpus@hjglawfirm.com; reception@hjglawfirm.com | Adam A Gillette on behalf of Plaintiff Douglas Kelley, Trustee<br>agillette@fruthlaw.com, jjohnson@fruthlaw.com; knarveson@fruthlaw.com |
| Clair R Gerry on behalf of Defendant Raymond C. Johnson and Marlys M. Johnson as co-trustees of the Raymond C. Johnson Revocable Trust and the Marlys M. Johnson Revocable Trust<br>gerry@sgsllc.com | Brian M Graham on behalf of Creditor ASSOCIATED BANK<br>bgraham@pedersenhoupt.com |
| Michael D Gordon on behalf of Interested Party Welsh Baker Road, LLC<br>mgordon@briggs.com | Don R Grande on behalf of Interested Party ALFREDA M RUNGE IRA<br>office@grandefrisk.com, don@grandefrisk.com |

| | |
|---|---|
| Wesley T. Graham on behalf of Defendant Thomas Ting<br>wgraham@hensonefron.com, cfisher@hensonefron.com | Brian C Gudmundson on behalf of Interested Party AI Plus, Inc.<br>bcg@zimmreed.com |
| Stephen F Grinnell on behalf of Defendant Michelle Alton<br>stephen.grinnell@gpmlaw.com | Bradley J. Halberstadt on behalf of Creditor Joint Official Liquidator for Palm Beach Offshore Ltd. and Palm Beach Offshore II Ltd.<br>bankruptcy@szjlaw.com |
| Michael L. Gust on behalf of Defendant CHW, LLC<br>mgust@andersonbottrell.com, jernst@andersonbottrell.com | Max C Heerman on behalf of Defendant International Investment Opportunities, LLC<br>mheerman@briggs.com |
| Christopher J Harayda on behalf of Interested Party Sun Minnesota Foreign Holdings, LLC and Sun Domestic Holdings, LLC and Sun Credit, LLC<br>charayda@faegre.com, jeanderson@faegre.com | David G Hellmuth on behalf of Defendant Star Holding Company, LLC<br>dhellmuth@hjlawfirm.com |
| Cynthia L Hegarty on behalf of Defendant Steel Pier Capital Advisors, LLC<br>Chegarty@bestlaw.com, kdahl@bestlaw.com | Elizabeth A Hulsebos on behalf of Defendant WestLB AG, New York Branch<br>hulsebos.elizabeth@dorsey.com |
| Patrick B. Hennessy on behalf of Defendant Thomas Hay<br>phennessy@bestlaw.com, kdahl@bestlaw.com | Jennifer V Ives on behalf of Interested Party Anastasia Dorsey<br>jenni.ives@leonard.com |
| Michael J Iannacone on behalf of Defendant Peter Hauser<br>mji@iannacone.com, miannacone@ecf.epiqsystems.com; knt@iannacone.com;  trustee@iannacone.com | David A James on behalf of Interested Party Vicis Capital Master Fund, Ltd.<br>djames@nilanjohnson.com, mgrossman@nilanjohnson.com |
| J Jackson on behalf of Interested Party Interlachen Harriet Investments Limited<br>jackson.j@dorsey.com, mckinven.jane@dorsey.com | Jenneane Jansen on behalf of Defendant A.M. Aero, Inc.<br>jenneane@jansenpalmer.com, kris@jansepalmer.com |
| Thomas E Jamison on behalf of Plaintiff Douglas Kelley, Trustee<br>tjamison@fruthlaw.com, jjohnson@fruthlaw.com; knarveson@fruthlaw.com | Lori A Johnson on behalf of Plaintiff Douglas Kelley, Trustee<br>ljohnson@fruthlaw.com, jjohnson@fruthlaw.com |
| Jeanine L. Johnson on behalf of Defendant Raymond C. Johnson and Marlys M. Johnson as co-trustees of the Raymond C. Johnson Revocable Trust and the Marlys M. Johnson Revocable Trust<br>jjohnson@meyernjus.com | Stacy L Kabele on behalf of Plaintiff Douglas Kelley, Trustee<br>skabele@kelleywolter.com, tfield@kelleywolter.com; attorneys@kelleywolter.com |
| James M. Jorissen on behalf of Cross Defendant Rhone Holdings II, Ltd.<br>jjorissen@losgs.com, vrittenbach@losgs.com | Kirstin D. Kanski on behalf of Plaintiff Douglas Kelley, Trustee<br>kkanski@lindquist.com, cfunk@lindquist.com |
| Mark J. Kalla on behalf of Interested Party Interlachen Harriet Investments Limited<br>mark.kalla@btlaw.com, rita.vogler@btlaw.com | Brya M Keilson on behalf of Defendant Gianfranco Palma<br>bkeilson@eckertseamans.com |
| Douglas W. Kassebaum on behalf of Interested Party Fredrikson & Byron, P.A.<br>dkassebaum@fredlaw.com, scharter@fredlaw.com; bankruptcy@fredlaw.com | David C Kiernan on behalf of Defendant Epsilon Global Active Value Fund II, L.P.<br>dkiernan@jonesday.com |
| Tobias S Keller on behalf of Defendant Epsilon Global Active Value Fund II, L.P.<br>tkeller@jonesday.com | John L Kirtley on behalf of Defendant M&I Marshall and Ilsley Bank<br>jkirtley@gklaw.com, zraiche@gklaw.com |
| Lawrence R King on behalf of Defendant Don Aron<br>lking@larsonking.com, lburks@larsonking.com | Kimberly B Kozar on behalf of Defendant Deanne Anderson<br>kkozar@hbklaw.com, wprice@hbklaw.com |

| | |
|---|---|
| Matthew P Kostolnik on behalf of Defendant United Performing Association, Inc. kostolnikm@moss-barnett.com, murphyb@moss-barnett.com | Connie Lahn on behalf of Creditor Committee UNSECURED CREDITORS COMMITTEE connie.lahn@fmjlaw.com, marie.robinson@fmjlaw.com; erin.buss@fmjlaw.com; travis.powers@fmjlaw.com |
| Robert T. Kugler on behalf of Defendant Circle F Ventures, LLC robert.kugler@leonard.com, ma.xiong@leonard.com | Thomas Lallier on behalf of Interested Party Greenwich Insurance Company ECF_Notices@foleymansfield.com |
| John D. Lamey on behalf of Defendant Joseph Caruso bankrupt@lameylaw.com, shari.nelson@lameylaw.com; ong@lameylaw.com; ewright@lameylaw.com | Jonathan M Landy on behalf of Defendant International Investment Opportunities, LLC jlandy@wc.com |
| Mark D Larsen on behalf of Plaintiff Douglas Kelley, Trustee mlarsen@lindquist.com, ddaun@lindquist.com; dhilgers@lindquist.com | Joseph W. Lawver on behalf of Defendant Volunteers of America in Minnesota jlawver@messerlikramer.com, kmilner@messerlikramer.com |
| Chris T Lenhart on behalf of Interested Party ArrowHead Capital lenhart.chris@dorsey.com | Brian F Leonard on behalf of Defendant Northwestern Foundation bleonard@losgs.com, swood@losgs.com |
| Seth Leventhal on behalf of Defendant John Hagan seth@leventhalpllc.com | Steven M Light on behalf of Defendant Boosalis Family Limited Partnership office@grandefrisk.com, steve@lariveeandlight.com |
| James A. Lodoen on behalf of Accountant PRICEWATERHOUSECOOPERS LLP jlodoen@lindquist.com, gluessenheide@lindquist.com | Daniel N Lovejoy on behalf of Interested Party Barry Mukamal lovejoy@parkerrosen.com, hanson@parkerrosen.com |
| Ryan K Lurich on behalf of Defendant Cypress Financial Trading Co. rlurich@fflawoffice.com, tfails@fflawoffice.com | Kevin M Magnuson on behalf of Plaintiff Douglas Kelley, Trustee kmagnuson@kelleywolter.com |
| Nauni J Manty on behalf of Defendant Errol Carlstrom ecf@mantylaw.com | Brian McAleenan on behalf of Interested Party RHONE HOLDINGS II, LTD. bmcaleenan@sidley.com, efilingnotice@sidley.com; kperna@sidley.com; spkramer@sidley.com; mealvarez@sidley.com |
| John R. McDonald on behalf of Defendant Chase Bank, Trustee Kenneth R. Cunningham III Trust jmcdonald@briggs.com, mjacobson@briggs.com | Michael S McElwee on behalf of Defendant Kenneth Cunningham msmcelwee@varnumlaw.com, mkerffmeyer@varnumlaw.com |
| Patrick J McLaughlin on behalf of Defendant WestLB AG, New York Branch mclaughlin.patrick@dorsey.com | Stephen M Mertz on behalf of Defendant Apriven Partners, LP smertz@faegre.com |
| Michael L Meyer on behalf of Interested Party MN AIRLINES, LCC mlmeyer@ravichmeyer.com | Bryan E Minier on behalf of Creditor ASSOCIATED BANK bminier@pedersenhoupt.com |
| Joel A Mintzer on behalf of Defendant Andrea Miller jamintzer@rkmc.com, elbecker@rkmc.com | Jerome A Miranowski on behalf of Defendant Apriven Partners, LP jmiranowski@faegre.com |
| David L. Mitchell on behalf of Defendant The Minneapolis Foundation dlmitchell@rkmc.com | Keith S. Moheban on behalf of Interested Party M&I Marshall and Ilsley Bank keith.moheban@leonard.com, louise.currey@leonard.com |
| Timothy D. Moratzka on behalf of Interested Party Beresford Bancorporation, Inc. tdm@mcmlaw.com, ldj@mcmlaw.com; jef@mcmlaw.com | Becky A Moshier on behalf of Defendant Scott Meyer moshierba@aol.com |

| | |
|---|---|
| Marcus R Mumford on behalf of Creditor LORENCE HARMER<br>mrm@mumfordwest.com, ecf@mumfordwest.com | ANDREW S NICOLL on behalf of Other Party Andrew Nicoll<br>anicoll@jenner.com |
| Joel D. Nesset on behalf of Defendant Jane Slobodyanuk<br>jnesset@hinshawlaw.com, akulbeik@hinshawlaw.com; lswanson@hinshawlaw.com; kmoore@hinshawlaw.com | Michael Olafson on behalf of Plaintiff Douglas Kelley, Trustee<br>molafson@lindquist.com, sgoettl@lindquist.com |
| David Bradley Olsen on behalf of Defendant Thomas Ting<br>dolsen@hensonefron.com, cfisher@hensonefron.com | John B. Orenstein on behalf of Interested Party Sun Minnesota Foreign Holdings, LLC and Sun Domestic Holdings, LLC and Sun Credit, LLC<br>jorenstein@rossbizlaw.com, pmau@rossbizlaw.com; kredondo@rossbizlaw.com |
| RONALD R PETERSON on behalf of Other Party Ronald Peterson<br>rpeterson@jenner.com | Kathleen M Patrick on behalf of Interested Party Ark Royal Capital, LLC<br>kpatrick@munsch.com, jwielebinski@munsch.com; dperry@munsch.com; pmoore@munsch.com |
| Todd C Pearson on behalf of Defendant B'nai B'rith International<br>pearson.todd@dorseylaw.com | Patricia A Pedersen on behalf of Plaintiff Douglas Kelley, Trustee<br>ppedersen@kelleywolter.com |
| James E Perschbach on behalf of Defendant High Plains Investment LLC<br>james.perschbach@bgllp.com | Douglas R. Peterson on behalf of Defendant Anastasia Dorsey<br>douglas.peterson@leonard.com |
| Joseph G Petrosinelli on behalf of Defendant International Investment Opportunities, LLC<br>jpetrosinelli@wc.com | Steven M Pincus on behalf of Defendant Electric Motor Supply Co.<br>spincus@aoblaw.com, dstower@aoblaw.com; lmausolf@aoblaw.com |
| Marcus A Ploeger on behalf of Defendant Epsilon Global Active Value Fund II, Ltd.<br>mploeger@briggs.com, mjacobson@briggs.com | S Steven Prince on behalf of Defendant Susan Raybourn<br>steven.prince@leonard.com, ma.xiong@leonard.com; angelique.sherman@leonard.com |
| Robert Raschke on behalf of U.S. Trustee US Trustee<br>robert.raschke@usdoj.gov | Daniel E Reidy on behalf of Defendant Epsilon Global Active Value Fund II, L.P.<br>dereidy@jonesday.com, Ma.Xiong@leonard.com |
| Isaac M Rethy on behalf of Defendant JPMORGAN CHASE & CO.<br>irethy@stblaw.com | Thomas C Rice on behalf of Defendant JPMORGAN CHASE & CO.<br>trice@stblaw.com |
| Larry B. Ricke on behalf of Interested Party Aaron Chang International, LLC<br>rickel@srsg.net | Michael E. Ridgway on behalf of U.S. Trustee US Trustee<br>mike.ridgway@usdoj.gov |
| Charles W Ries on behalf of Interested Party RANDALL SEAVER<br>cw_ries@mrr-law.com, bankruptcy@mrr-law.com | H Buswell Roberts on behalf of Defendant Steve Papadimos<br>hbroberts@live.com |
| Michael Rosow on behalf of Defendant Acorn Capital Group, LLC, as lender and as<br>administrative and collateral agent<br>mrosow@winthrop.com, jahlers@winthrop.com; tcooke@winthrop.com | James A. Rubenstein on behalf of Creditor Petters Aviation, LLC<br>rubenstein@moss-barnett.com, montpetitm@moss-barnett.com |
| Renee C. Rubish on behalf of Interested Party RANDALL SEAVER<br>renee_rubish@mrr-law.com, nancy_solberg@mrr-law.com | Kim Ruckdaschel-Haley on behalf of Plaintiff Douglas Kelley, Trustee<br>kruckdaschel-haley@lindquist.com, dquest@lindquist.com |

6

| | |
|---|---|
| David E. Runck on behalf of Creditor Committee UNSECURED CREDITORS COMMITTEE david.runck@fmjlaw.com, marie.robinson@fmjlaw.com; erin.buss@fmjlaw.com | Robert Russell on behalf of Defendant Patricia Feneis rrussell@prtel.com, rlkilde@prtel.com |
| James K Sander on behalf of Defendant Richard Menczynski jim@lienstrategies.com, jkensan@gmail.com | Jordan W Sayre on behalf of Defendant Northwestern Foundation jsayre@losgs.com |
| Jon R. Schindel on behalf of Creditor MIO PARTNERS INC jschindel@seilerlaw.com | Roger G Schwartz on behalf of Defendant General Electric Capital Corporation roger.schwartz@lw.com, barbara.pipchok@lw.com |
| Peter J Schwingler on behalf of Interested Party Epsilon/Westford Defendants peter.schwingler@leonard.com, ma.xiong@leonard.com | Daniel M Scott on behalf of Plaintiff Douglas Kelley, Trustee dscott@kelleywolter.com, tfield@kelleywolter.com; attorneys@kelleywolter.com |
| Edward Randolph Shaw on behalf of Creditor Michael Smith lawyer@edshawlaw.com, shawlawsecretary@yahoo.com | K&L Gates LLP Shea on behalf of Interested Party Peter Mitchell mackenzie.shea@klgates.com, chad.dale@klgates.com |
| Charles R Shreffler on behalf of Defendant Fidelis Foundation chuck@chucklaw.com, shreflaw@yahoo.com | Alan I Silver on behalf of Defendant Michelle Alton asilver@bassford.com, mball@bassford.com |
| George H Singer on behalf of Interested Party Petters Group Worldwide, LLC gsinger@lindquist.com, edaniels@lindquist.com | William R. Skolnick on behalf of Defendant John Hagan wskolnick@skolnick-shiff.com, rcargill@skolnick-shiff.com; sshiff@skolnick-shiff.com; abardwell@skolnick-shiff.com; mcolman@skolnick-shiff.com |
| Rebecca G. Sluss on behalf of Defendant Crown Bank rsluss@oppenheimer.com | Sandra S. Smalley-Fleming on behalf of Interested Party DOUGLAS KELLEY ssmalley@lindquist.com, bhaberman@lindquist.com |
| Jeffrey D. Smith on behalf of Debtor Petters Company, Inc. jsmith@lindquist.com, ddavis@lindquist.com | Patrick C. Smith on behalf of Defendant Insight Partners LP patsmith@lawyersofminnesota.com |
| Ann Ustad Smith on behalf of Defendant Mary Jeffries ausmith@michaelbest.com, smbunge@michaelbest.com | Richard G Smolev on behalf of Interested Party Deutsche Zentralgenossenschaftbank AG rsmolev@kayescholer.com |
| Matthew J Splitek on behalf of Cross Defendant Vicis Capital Master Fund, Ltd. matthew.splitek@quarles.com | Katherine Stadler on behalf of Defendant M&I Marshall and Ilsley Bank kstadler@gklaw.com, zraiche@gklaw.com |
| John R. Stoebner on behalf of Interested Party AI Plus, Inc. jstoebner@lapplibra.com, rtri@lapplibra.com; lfrey@lapplibra.com | Amy J Swedberg on behalf of Defendant Edgebrook, Inc. amy.swedberg@maslon.com |
| Deborah C Swenson on behalf of Defendant Cypress Financial Trading Co. debs@lommen.com, swensonlaw@yahoo.com | MICHAEL S TERRIEN on behalf of Other Party Michael Terrien mterrien@jenner.com |
| Bradley P Thoreson on behalf of Defendant Epsilon Global Active Value Fund II, Ltd. thorb@foster.com, boleb@foster.com | William M. Topka on behalf of Defendant Anna Joseph topkaw@seversonsheldon.com, buntins@seversonsheldon.com |
| US Trustee ustpregion12.mn.ecf@usdoj.gov | Gary D. Underdahl on behalf of Creditor CUNNINGHAM DEFENDANTS gunderdahl@askfinancial.com, lporten@askfinancial.com |

| | |
|---|---|
| Daryle Uphoff on behalf of Plaintiff Douglas Kelley, Trustee<br>duphoff@lindquist.com | Adam Clifford Wadd on behalf of Defendant Bonnie Boland, as Trustee of the Bonnie Boland Revocable Living Trust<br>adamwadd@gmail.com, awadd01@hotmail.com; rkoveii@aol.com |
| Thomas G. Wallrich on behalf of Defendant Miller Companies, Inc.<br>twallrich@hinshawlaw.com, jpierce@hinshawlaw.com; akulbeik@hinshawlaw.com; hmarx@hinshawlaw.com; jaudette@hinshawlaw.com; kmoore@hinshawlaw.com; JNesset@hinshawlaw.com | Jane Welch on behalf of Defendant Garden State Securities, Inc.<br>jwelch@morrisonfenske.com, elundgren@morrisonfenske.com |
| Brady C Williamson on behalf of Defendant M&I Marshall and Ilsley Bank<br>bwilliam@gklaw.com, zraiche@gklaw.com | David J Woll on behalf of Defendant JPMORGAN CHASE & CO.<br>dwoll@stblaw.com |
| Steven E. Wolter on behalf of Plaintiff Douglas Kelley, Trustee<br>swolter@kelleywolter.com, lyang@kelleywolter.com; tfield@kelleywolter.com; jkleinjan@kelleywolter.com | |

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:  May 26, 2011

DORSEY & WHITNEY LLP

By:  /e/ Patrick J. McLaughlin
Patrick J. McLaughlin (# 71080)

8