UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

****************************************************************************************************

In re:

PETTERS COMPANY, INC., ET AL,

                Debtors.

(includes:
Petters Group Worldwide, LLC;
PC Funding, LLC;
Thousand Lakes, LLC;
SPF Funding, LLC;
PL Ltd., Inc.
Edge One LLC;
MGC Finance, Inc.;
PAC Funding, LLC;
Palm Beach Finance Holdings, Inc.)

**JOINTLY ADMINISTERED UNDER CASE NO. 08-45257**

Court File No. 08-45257

Court File Nos:

08-45258 (GFK)
08-45326 (GFK)
08-45327 (GFK)
08-45328 (GFK)
08-45329 (GFK)
08-45330 (GFK)
08-45331 (GFK)
08-45371 (GFK)
08-45392 (GFK)

Chapter 11 Cases
Judge Gregory F. Kishel

****************************************************************************************************

## ORDER RE: DISCLOSURE ON EXPERT WITNESSES

****************************************************************************************************

At St. Paul, Minnesota
June 30, 2011.

      Pursuant to the Amended Scheduling Order [Dkt. No. 1198] on the Trustee's pending motion for substantive consolidation, four parties have filed notices of intention to call expert witnesses: WestLB [Dkt. No. 1213]; the Trustee [Dkt. No. 1224]; Epsilon/Westford [Dkt. No. 1225]; and Opportunity Finance [Dkt. No. 1226]. Opportunity Finance has requested that a scheduling conference be convened to discuss the timing of associated disclosures, pursuant to a provision in the Amended Scheduling Order.

      Under the circumstances, it is not warranted to devote limited judicial time to a conference. The evidentiary hearing on the Trustee's motion has been calendared for October 24-

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/30/2011*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

26, 2011--nearly four months hence. With that much time, the default deadlines of Fed. R. Civ. P. 26(a)(2)(D) are appropriately used.

IT IS THEREFORE ORDERED:

1. The initial disclosures contemplated by Fed. R. Civ. P. 26(a)(2)(A) - (C) shall be made by *July 26, 2011*.

2. The disclosures as to expert-witness evidence intended solely to contradict or rebut the subject matter of another party's expert-witness disclosure shall be made by *August 22, 2011*.

3. All parties shall supplement their first round of disclosure to the extent required by Fed. R. Civ. P. 26(e). *The Court expects all parties and counsel to exhibit courtesy, professionalism, respect, and ethical responsibility via timely and voluntary supplementation.*

BY THE COURT:

*/e/ Gregory F. Kishel*

_____
GREGORY F. KISHEL
CHIEF UNITED STATES BANKRUPTCY JUDGE