UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| In re: | | Case No.: | 08-45257 |
|---|---|---|---|
| Petters Company, Inc. | | Chapter 11 | |
| | Debtor. | **MONTHLY OPERATING REPORT** | |

### SUMMARY OF FINANCIAL STATUS

Month Ended: _____June-11_____          Filing Date: _____10/11/2008_____

1 Debtor in possession (or trustee) hereby submits this Summary of Financial Status. Dollars reported in $1.

|  | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2 | **Asset Structure** | | | |
| a | Current Assets (Market Value) | $340,714,342 | $340,622,199 | |
| b | Total Assets (Market Value) | $1,200,084,560 | $1,199,992,417 | $1,196,926,112 |
| c | Current Liabilities | $455,566,606 | $455,571,217 | |
| d | Total Liabilities | $492,837,397 | $492,842,009 | $487,122,604 |

|  | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3 | **Statement of Cash Receipts & Disbursements for Month** | | | |
| a | Total Receipts | $98,117 | $653,836 | $3,887,859 |
| b | Total Disbursements | $5,791 | $4,576 | $3,206,668 |
| c | Excess (Deficiency) of Receipts Over Disbursements (a-b) | $92,236 | $649,260 | $681,191 |
| d | Cash Balance Beginning of Month | $1,275,228 | $625,969 | |
| e | Cash Balance End of Month (c+d) | $1,367,371 | $1,275,228 | |

|  | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4 | **Profit/(Loss) from the Statement of Operations** | $96,754 | $1,624 | -$2,556,345 |
| 5 | **Account Receivables (Pre and Post Petition)** | $331,667,381 | $331,667,381 | |
| 6 | **Post-Petition Liabilities** | $121,755 | $126,366 | |
| 7 | **Past Due Post-Petition Account Payables (over 30 days)** | $121,755 | $466,083 | |

At the end of this reporting month:

|  | | Yes | No |
|---|---|---|---|
| 8 | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9 | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10 | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11 | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12 | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13 | Are a plan and disclosure statement on file? | x | |
| 14 | Was there any post-petition borrowing during this reporting period? | | x |

15 Check if paid: Post-petition taxes __X__; U.S. Trustee Quarterly Fees __X__; Check if filing is current for: Post-petition tax reporting and tax returns: _X___. (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

The above summary and attached pages are based on Debtor's books and records, the completeness, validity and accuracy of which is in question. This information is compiled from various sources and represents a good faith estimate. Based on information uncovered during the related federal fraud investigation, the market value of all assets, and the likelihood receivables will be collected, has been called into question and may ultimately be zero. I declare under penalty of perjury that I have reviewed the above summary and attached pages (if applicable), and after making reasonable inquiry believe these documents are correct.

Date: _____8/11/11_____          _Douglas A. Kelley_
                                 Responsible Individual

Debtor/Trustee's Certification

Name of Attorney:  James A. Lodoen

Lindquist & Vennum PLLP

Address:            4200 IDS CENTER

80 South Eighth Street

City, State, Zip:   Minneapolis, MN 55402

Telephone:          612-371-3211

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE REVIEWED THE FOLLOWING COMPLETE
MONTHLY OPERATING REPORT (MOR), CONSISTING OF MOR-1 THROUGH MOR-11, PLUS ALL
ATTACHMENTS, AND AFTER MAKING REASONABLE INQUIRY, BELIEVE THESE ARE TRUE AND
CORRECT.

Signed:  _Douglas A. Kelley_          Title:  Trustee
          (Original Signature)

          Douglas A. Kelley             Date:  8/11/11

The above summary and attached pages are based on Debtor's books and records, the completeness,
validity and accuracy of which is in question.  This information is compiled from various sources and
represents a good faith estimate.  Based on information uncovered during the related federal fraud
investigation, the market value of all assets, and the likelihood receivables will be collected, has been called
into question and may ultimately be zero.

2:09 PM

07/12/11

Accrual Basis

# PETTERS COMPANY, INC.
## Balance Sheet
### As of June 30, 2011

| | Jun 30, 11 | May 31, 11 | $ Change |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| Crown Bank | 3,384.87 | 3,404.49 | -19.62 |
| M & I Bank | 9,554.37 | 105.98 | 9,448.39 |
| US BANK CLAWBACK PROCEEDS | 471,524.09 | 388,810.44 | 82,713.65 |
| US Bank Collateral Account | 882,907.39 | 882,907.39 | 0.00 |
| **Total Checking/Savings** | 1,367,370.72 | 1,275,228.30 | 92,142.42 |
| **Other Current Assets** | | | |
| AR-Metro Gem FF | 28,235,010.75 | 28,235,010.75 | 0.00 |
| AR-Metro Gem Inc. | 146,853,176.40 | 146,853,176.40 | 0.00 |
| Employee Receivables | 21,934.62 | 21,934.62 | 0.00 |
| **Intercompay Receivables** | | | |
| I/C  AR-FDM | 5,600.83 | 5,600.83 | 0.00 |
| I/C  AR-Petters Consumer Brands | 4,573.80 | 4,573.80 | 0.00 |
| I/C  AR-Petters Group LLC | 1,640.13 | 1,640.13 | 0.00 |
| I/C  AR Broadsign | 172,109.11 | 172,109.11 | 0.00 |
| I/C  AR Polaroid Corporation | 219.17 | 219.17 | 0.00 |
| I/C AR- Sun Country Airlines | 268.15 | 268.15 | 0.00 |
| I/C AR-Aaron Chang Intl LLC | -2,764.32 | -2,764.32 | 0.00 |
| I/C AR-O'Shaughnessy Holding | 15,293.73 | 15,293.73 | 0.00 |
| I/C AR-Petters Capital LLC | 2,190.22 | 2,190.22 | 0.00 |
| I/C AR-Petters Media Marketing | 483.50 | 483.50 | 0.00 |
| I/C AR-TMI | 58,206.88 | 58,206.88 | 0.00 |
| I/C AR-TPI | 6,641.09 | 6,641.09 | 0,00 |
| I/C AR-YFly | 437.30 | 437.30 | 0.00 |
| I/C AR - Zink Imaging | 44,098.54 | 44,098.54 | 0.00 |
| I/C AR Petters Hospitality | 12,374.98 | 12,374.98 | 0.00 |
| I/C AR Pol Hospitality | 11.60 | 11.60 | 0.00 |
| I/C AR Polaroid Consumer Electr | 394.53 | 394.53 | 0.00 |
| I/C AR SPEs | 36,092.50 | 36,092.50 | 0.00 |
| **Total Intercompay Receivables** | 357,871.74 | 357,871.74 | 0.00 |
| Inventory | 7,679,590.00 | 7,679,590.00 | 0.00 |
| **Notes Receivable Current** | | | |
| IC Notes Rec-Edge One LLC | 30,180,115.70 | 30,180,115.70 | 0.00 |
| IC Notes Rec-P Capital | 82,319,598.43 | 82,319,598.43 | 0.00 |
| IC Notes Rec-P Finance | -1,436.22 | -1,436.22 | 0.00 |
| IC Notes Rec-Petters I | 11,082,864.19 | 11,082,864.19 | 0.00 |
| IC Notes Rec-Petters Ltd. | 5,211,889.15 | 5,211,889.15 | 0.00 |
| IC Notes Rec.- PAC Funding | 25,853,849.20 | 25,853,849.20 | 0.00 |
| **Total Notes Receivable Current** | 154,646,880.45 | 154,646,880.45 | 0.00 |
| **Other Receivables** | 1,552,507.22 | 1,552,507.22 | 0.00 |
| **Total Other Current Assets** | 339,346,971.18 | 339,346,971.18 | 0.00 |

**PETTERS COMPANY, INC.**
**Balance Sheet**
**As of June 30, 2011**

2:09 PM

07/12/11

Accrual Basis

| | Jun 30, 11 | May 31, 11 | $ Change |
|---|---|---|---|
| **Total Current Assets** | 340,714,341.90 | 340,622,199.48 | 92,142.42 |
| **Fixed Assets** | | | |
| Equipment | 7,656.73 | 7,656.73 | 0.00 |
| Equipment- Accumulated Deprec | -4,189.00 | -4,189.00 | 0.00 |
| **Total Fixed Assets** | 3,467.73 | 3,467.73 | 0.00 |
| **Other Assets** | | | |
| IC Notes Receivable | | | |
| I/C NR--P AVIATION LEASING | 1,764,544.00 | 1,764,544.00 | 0.00 |
| I/C NR- PWD | 709,606.95 | 709,606.95 | 0.00 |
| I/C NR-FAC | 4,524,194.81 | 4,524,194.81 | 0.00 |
| I/C NR-P Capital LLC | 80,792,536.38 | 80,792,536.38 | 0.00 |
| I/C NR-P Capital tax adj | 10,037,016.00 | 10,037,016.00 | 0.00 |
| I/C NR-P Fashion Group | 17,822,884.12 | 17,822,884.12 | 0.00 |
| I/C NR-PCB | 8,982,645.00 | 8,982,645.00 | 0.00 |
| I/C NR-PCLLC | 23,449,816.09 | 23,449,816.09 | 0.00 |
| I/C NR-Petters VB, LLC | 10,468,819.04 | 10,468,819.04 | 0.00 |
| I/C NR-PGLLC | 15,823,899.23 | 15,823,899.23 | 0.00 |
| I/C NR-Springworks-Symorphics | 21,403,796.00 | 21,403,796.00 | 0.00 |
| I/C NR-Springworks-WC | 24,517,569.87 | 24,517,569.87 | 0.00 |
| I/C NR-TPI | 24,713,559.11 | 24,713,559.11 | 0.00 |
| I/C NR - Centr Amer Hldg LLC | 15,390,000.00 | 15,390,000.00 | 0.00 |
| I/C NR P Aviation | 2,852,548.61 | 2,852,548.61 | 0.00 |
| IC NR--Trio Marketing | 479,792.76 | 479,792.76 | 0.00 |
| **Total IC Notes Receivable** | 263,733,227.97 | 263,733,227.97 | 0.00 |
| IC Notes Receivable-Interest | | | |
| I/C NR Int-P Capital  LLC | 18,975,629.31 | 18,975,629.31 | 0.00 |
| I/C NR Int-Springworks-Symorphi | 20,533,374.96 | 20,533,374.96 | 0.00 |
| I/C NR Int.-Springworks-WC | 15,327,185.27 | 15,327,185.27 | 0.00 |
| I/C NR Interest-FAC | 15,377,477.28 | 15,377,477.28 | 0.00 |
| I/C NR Interest-FDM | 96,250.00 | 96,250.00 | 0.00 |
| I/C NR Interest-P Fashion Group | 8,115,086.04 | 8,115,086.04 | 0.00 |
| I/C NR Interest-PCB | 1,982,395.27 | 1,982,395.27 | 0.00 |
| I/C NR Interest-PCLLC | 27,801,483.52 | 27,801,483.52 | 0.00 |
| I/C NR Interest-PGLLC | -67,320,778.01 | -67,320,778.01 | 0.00 |
| I/C NR Interest P Aviation | 810,933.33 | 810,933.33 | 0.00 |
| IC NR Interest-Central Am Hold | 658,248.80 | 658,248.80 | 0.00 |
| IC NR Interest-Trio Mkt. | 178,423.90 | 178,423.90 | 0.00 |
| **Total IC Notes Receivable-Interest** | 42,535,709.67 | 42,535,709.67 | 0.00 |
| Investment | | | |
| Entrepreneur's Place, | 250,000.00 | 250,000.00 | 0.00 |
| Ethanol Plant | 250,000.00 | 250,000.00 | 0.00 |
| ZINK | 23,062,000.00 | 23,062,000.00 | 0.00 |

2:09 PM

07/12/11

Accrual Basis

# PETTERS COMPANY, INC.
## Balance Sheet
### As of June 30, 2011

| | Jun 30, 11 | May 31, 11 | $ Change |
|---|---|---|---|
| **Total Investment** | 23,562,000.00 | 23,562,000.00 | 0.00 |
| **Investment in Subsidiaries** | | | |
| 1000 Lakes | 172,860,420.46 | 172,860,420.46 | 0.00 |
| Central Am Holding | 55,000.00 | 55,000.00 | 0.00 |
| FDM-FAC Stock | 24,000,000.00 | 24,000,000.00 | 0.00 |
| Fingerhut Direct Mktg. | 11,604,062.99 | 11,604,062.99 | 0.00 |
| P Capital LLC | 200,000,000.00 | 200,000,000.00 | 0.00 |
| **Total Investment in Subsidiaries** | 408,519,483.45 | 408,519,483.45 | 0.00 |
| **Notes Receivable** | | | |
| Note Receivable-BLS Sales | | | |
| NR Interest BLS | 99,574.55 | 99,574.55 | 0.00 |
| Note Receivable-BLS Sales - Other | 1,788,764.79 | 1,788,764.79 | 0.00 |
| **Total Note Receivable-BLS Sales** | 1,888,339.34 | 1,888,339.34 | 0.00 |
| Note Receivable-Tom Petters | 65,176,733.37 | 65,176,733.37 | 0.00 |
| NR-TJP/PCB | 10,000,000.00 | 10,000,000.00 | 0.00 |
| Polaroid | | | |
| Interest Rec. Polaroid | 7,551,780.81 | 7,551,780.81 | 0.00 |
| Polaroid - Other | 20,000,000.00 | 20,000,000.00 | 0.00 |
| **Total Polaroid** | 27,551,780.81 | 27,551,780.81 | 0.00 |
| Rainmaker | 85,000.00 | 85,000.00 | 0.00 |
| Savage Enterprises | 495,000.00 | 495,000.00 | 0.00 |
| Turpin NR | 70,000.00 | 70,000.00 | 0.00 |
| Zink | | | |
| Interest Rec.--Zink | 3,057,476.05 | 3,057,476.05 | 0.00 |
| Zink - Other | 12,692,000.00 | 12,692,000.00 | 0.00 |
| **Total Zink** | 15,749,476.05 | 15,749,476.05 | 0.00 |
| **Total Notes Receivable** | 121,016,329.57 | 121,016,329.57 | 0.00 |
| **Total Other Assets** | 859,366,750.66 | 859,366,750.66 | 0.00 |
| **TOTAL ASSETS** | 1,200,084,560.29 | 1,199,992,417.87 | 92,142.42 |
| **LIABILITIES & EQUITY** | | | |
| Liabilities | | | |
| Current Liabilities | | | |
| Accounts Payable | | | |
| Accounts Payable | 587,837.56 | 592,449.31 | -4,611.75 |
| **Total Accounts Payable** | 587,837.56 | 592,449.31 | -4,611.75 |
| Other Current Liabilities | | | |
| Deferred Income | 862,797,152.01 | 862,797,152.01 | 0.00 |
| Deferred Income Adjustments | -759,926,941.80 | -759,926,941.80 | 0.00 |

2:09 PM
07/12/11
Accrual Basis

# PETTERS COMPANY, INC.
## Balance Sheet
### As of June 30, 2011

| | Jun 30, 11 | May 31, 11 | $ Change |
|---|---|---|---|
| Due to Central America Holdings | 93,235.00 | 93,235.00 | 0.00 |
| Due to PC Funding | 18,968,380.62 | 18,968,380.62 | 0.00 |
| Due to PCE | 5,500,000.00 | 5,500,000.00 | 0.00 |
| Notes Payable Current | | | |
| Notes Payable--Apriven | 41,500,000.00 | 41,500,000.00 | 0.00 |
| Notes Payable--Interlachen | 60,000,000.00 | 60,000,000.00 | 0.00 |
| Notes Payable--P Capital LLC | 1,000,000.00 | 1,000,000.00 | 0.00 |
| Notes Payable--Ritchie | 31,000,000.00 | 31,000,000.00 | 0.00 |
| Notes Payable-MGI | 130,330,000.00 | 130,330,000.00 | 0.00 |
| Notes Payable-MGI FF | 27,620,000.00 | 27,620,000.00 | 0.00 |
| **Total Notes Payable Current** | 291,450,000.00 | 291,450,000.00 | 0.00 |
| Notes Payable Interest | | | |
| Interest Payable--Apriven | 1,631,833.33 | 1,631,833.33 | 0.00 |
| Interest Payable--Interlachen | 11,540,983.61 | 11,540,983.61 | 0.00 |
| Interest Payable--P Capital LLC | 42,074.48 | 42,074.48 | 0.00 |
| Interest Payable--Ritchie Capit | 11,576,721.31 | 11,576,721.31 | 0.00 |
| Interest Payable-MGI | 9,413,763.33 | 9,413,763.33 | 0.00 |
| Interest Payable-MGI FF | 1,891,566.11 | 1,891,566.11 | 0.00 |
| **Total Notes Payable Interest** | 36,096,942.17 | 36,096,942.17 | 0.00 |
| **Total Other Current Liabilities** | 454,978,768.00 | 454,978,768.00 | 0.00 |
| **Total Current Liabilities** | 455,566,605.56 | 455,571,217.31 | -4,611.75 |
| Long Term Liabilities | | | |
| Notes Payable | | | |
| Notes Payable Other | 10,075,000.00 | 10,075,000.00 | 0.00 |
| Notes Payable Other Interest | 294,508.19 | 294,508.19 | 0.00 |
| **Total Notes Payable** | 10,369,508.19 | 10,369,508.19 | 0.00 |
| Private Investor Notes | | | |
| Private Investor-Interest | 751,283.33 | 751,283.33 | 0.00 |
| Private Investor-Principal | 26,150,000.00 | 26,150,000.00 | 0.00 |
| **Total Private Investor Notes** | 26,901,283.33 | 26,901,283.33 | 0.00 |
| **Total Long Term Liabilities** | 37,270,791.52 | 37,270,791.52 | 0.00 |
| **Total Liabilities** | 492,837,397.08 | 492,842,008.83 | -4,611.75 |
| Equity | | | |
| Capital Stock | 15,605,000.00 | 15,605,000.00 | 0.00 |
| Dividends Paid | -11,018,879.92 | -11,018,879.92 | 0.00 |
| Retained Earnings | 594,105,178.38 | 594,105,178.38 | 0.00 |
| Retained Earnings 2003 | 65,273,683.97 | 65,273,683.97 | 0.00 |
| Retained Earnings PC Fund 2002 | 46,143,659.89 | 46,143,659.89 | 0.00 |
| Net Income | -2,861,479.11 | -2,958,233.28 | 96,754.17 |

# PETTERS COMPANY, INC.

## Balance Sheet

### As of June 30, 2011

2:09 PM

07/12/11

Accrual Basis

| | Jun 30, 11 | May 31, 11 | $ Change |
|---|---|---|---|
| Total Equity | 707,247,163.21 | 707,150,409.04 | 96,754.17 |
| TOTAL LIABILITIES & EQUITY | 1,200,084,560.29 | 1,199,992,417.87 | 92,142.42 |

2:10 PM

07/12/11

Accrual Basis

# PETTERS COMPANY, INC.
## Profit & Loss
### June 2011

|  | Jun 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Bank Service Charges | 87.83 |
| Contributions | -38,000.00 |
| Insurance | -9,516.60 |
| Printing and Reproduction | 1,274.60 |
| **Professional Fees** | |
| Legal Fees | -15,600.00 |
| Other | -35,000.00 |
| **Total Professional Fees** | -50,600.00 |
| **Total Expense** | -96,754.17 |
| **Net Ordinary Income** | 96,754.17 |
| **Net Income** | **96,754.17** |

*) claw back*

*) claw back*

2:09 PM

07/12/11

Accrual Basis

# PETTERS COMPANY, INC.
## Profit & Loss
### October 12, 2008 through June 30, 2011

|                                      | Oct 12, '08 - Jun 30, 11 |
|--------------------------------------|--------------------------:|
| **Ordinary Income/Expense**          |                           |
| **Expense**                          |                           |
| Amortization Expense                 | 0.00                      |
| Bank Service Charges                 | 1,613.99                  |
| Contributions                        | -38,000.00                |
| Filing Fees                          | 18,265.00                 |
| **Insurance**                        |                           |
| Liability Insurance                  | -144,524.76               |
| Insurance - Other                    | 116,862.21                |
| **Total Insurance**                  | -27,662.55                |
| Payroll Service Expense-ADP          | 4,144.80                  |
| Postage and Delivery                 | 188.63                    |
| Printing and Reproduction            | 8,584.46                  |
| **Professional Fees**                |                           |
| Accounting                           | 999,295.84                |
| Consulting                           | 395,247.11                |
| Legal Fees                           | 1,113,325.15              |
| Other                                | 376,468.30                |
| **Total Professional Fees**          | 2,884,336.40              |
| Rent                                 | 18,378.78                 |
| **Salaries and Benefits**            |                           |
| Benefits                             | 6,037.52                  |
| Bonuses                              | -455,000.00               |
| Payroll Taxes                        | 19,426.29                 |
| Salaries and wages                   | 252,853.76                |
| **Total Salaries and Benefits**      | -176,682.43               |
| **Supplies**                         |                           |
| Office                               | 41.62                     |
| **Total Supplies**                   | 41.62                     |
| Telephone                            | 983.10                    |
| **Travel & Ent**                     |                           |
| Travel                               | -6,587.47                 |
| **Total Travel & Ent**               | -6,587.47                 |
| **Total Expense**                    | 2,687,604.33              |
| **Net Ordinary Income**              | -2,687,604.33             |
| **Other Income/Expense**             |                           |
| **Other Income**                     |                           |
| Interest BLS                         | 127,017.55                |
| Interest Income                      | 231.04                    |
| Other Income                         | 752.04                    |
| **Total Other Income**               | 128,000.63                |
| **Other Expense**                    |                           |
| **Other Expenses**                   |                           |
| Interest Expense Lancer              | -3,258.90                 |
| **Total Other Expenses**             | -3,258.90                 |
| **Total Other Expense**              | -3,258.90                 |
| **Net Other Income**                 | 131,259.53                |
| **Net Income**                       | -2,556,344.80             |

Case Name:  Petters Company, Inc.

Case Number:  08-45257

**CASH RECEIPTS AND DISBURSEMENTS (Calendar Quarter)**

| | Month 1 of Quarter | Month 2 of Quarter | Month 3 of Quarter | Quarter Total |
|---|---|---|---|---|
| 1 Cash-Beginning of Month | $ 657,765.79 | $ 648,394.39 | $ 1,275,228.30 | $ 2,581,388.48 |
| **RECEIPTS FROM OPERATIONS** | | | | |
| 2 Cash Sales | $ - | $ - | $ - | $ - |
| 3 Less: Cash Refunds | $ - | $ - | $ - | $ - |
| 4 Net Cash Sales | $ - | $ - | $ - | $ - |
| **COLLECTIONS OF ACCTS. REC.** | | | | |
| 5 Pre-Petition | $ - | $ - | $ - | $ - |
| 6 Post-Petition | | $ - | | $ - |
| 7 Other :  Bank Account Interest | $ - | $ - | | $ - |
| 8 Total Operating Receipts (lines 4+5+6+7) | $ - | $ - | $ - | $ - |
| **NON-OPERATING RECEIPTS** | | | | |
| 9 Loans/Advances (Receiver) | $ - | $ - | | $ - |
| 10 Sale of Assets | $ - | $ - | $ - | $ - |
| 11 Other : Avoidance Recovery | $ - | $ 6,383.90 | $ 88,600.00 | $ 94,983.90 |
|  Other : Insurance Policy Surrender | | $ 647,451.39 | 9,516.60 | 656,967.99 |
| 12 Total Non-Operating Receipts (lines 9+10+11) | $ - | $ 653,835.29 | 98,116.60 | 751,951.89 |
| 13 Total Receipts (lines 8+12) | $ - | $ 653,835.29 | 98,116.60 | 751,951.89 |
| 14 Total Cash Available (lines 13+1) | $ 657,765.79 | $ 1,302,229.68 | $ 1,373,344.90 | |
| Case Name: | | | | |
| Case Number: | | | | |
| **OPERATING DISBURSEMENTS** | | | | |
| 15 Net Payroll | $ 7,461.52 | $ 3,730.76 | 3,730.76 | 14,923.04 |
| 16 Payroll Taxes-Paid | $ 1,483.03 | $ 697.65 | $ 697.65 | 2,878.33 |
| 17 Sales, Use & Other Taxes Paid | $ - | $ - | $ - | $ - |
| 18 Secured/Rental/Leases | $ - | $ - | $ - | $ - |
| 19 Employee Benefits | $ - | $ - | $ - | $ - |
| 20 Utilities | $ - | $ - | | $ - |
| 21 Insurance | $ - | $ - | | $ - |
| 22 Inventory Purchases | $ - | $ - | | $ - |
| 23 Vehicle Expense | $ - | $ - | | $ - |
| 24 Travel | $ - | $ - | | $ - |
| 25 Entertainment | $ - | $ - | | $ - |
| 26 Repairs & Maintenance | $ - | $ - | | $ - |
| 27 Supplies | $ - | $ - | | $ - |
| 28 Advertising | $ - | $ - | - | $ - |
| 29 Other:Messenger Fee | | | $ 183.34 | |
| 30 Other:Bank Service Charges | 426.85 | $ 147.97 | 87.83 | 662.65 |
| 31 Other: Court Fees | | $ - | | |
| 32 Other: ADP Service Charge | $ - | $ - | - | |
| 33 Total Operating Disbursements | $ 9,371.40 | $ 4,576.38 | 4,699.58 | 18,647.36 |
| **REORGANIZATION EXPENSES** | | | | $ - |
| 34 Professional Fees | $ - | $ - | $ - | $ - |
| 35 U.S. Trustee Quarterly Fees | $ - | $ 22,425.00 | - | 22,425.00 |
| 36 Other: Litigation Expense | $ - | $ - | 1,274.60 | 1,274.60 |
| 37 Other: | | $ - | - | $ - |
| 38 Other: Filing fees | $ - | $ - | - | $ - |
| 39 Total Reorganization Expenses | $ - | $ 22,425.00 | 1,274.60 | 23,699.60 |
| 40 Total Disbursements (lines 31+36) | $ 9,371.40 | 27,001.38 | 5,974.18 | 42,346.96 |
| 41 Cash - End of Month | $ 648,394.39 | $ 1,275,228.30 | $ 1,367,370.72 | |

Case Name:    Petters Company, Inc.
Case Number:    08-45257

## ITEMIZATION OF CASH RECEIPTS

| Date Received | Payor | Description | Amount |
|---|---|---|---|
| 6/20/2011 | | Avoidance Recovery | $ 38,000.00 |
| 6/21/2011 | Avia Life | Policy Surrender | $ 9,516.60 |
| 6/22/2011 | Moss & Barnett | Avoidance Recovery | $ 15,600.00 |
| 6/23/2011 | | Avoidance Recovery | $ 35,000.00 |
| | | TOTAL | $ 98,116.60 |

## CHECKS RECEIVED BUT NOT DEPOSITED

| Date Issued | Payee | Description | Amount |
|---|---|---|---|
| | | | |
| | | Total | $ 98,116.60 |

2:12 PM

07/12/11

# PETTERS COMPANY, INC.
## Deposit Detail
### June 2011

| Type | Num | Date | Name | Account | Amount |
|------|-----|------|------|---------|--------|
| Deposit | | 6/20/2011 | | US BANK CLAWB... | 38,000.00 |
| | | | CLAWBACKS | Contributions | -38,000.00 |
| TOTAL | | | | | -38,000.00 |
| Deposit | | 6/21/2011 | | M & I Bank | 9,516.60 |
| | | | Aviva Life and Annu... | Insurance | -6,919.66 |
| | | | Aviva Life and Annu... | Insurance | -2,596.94 |
| TOTAL | | | | | -9,516.60 |
| Deposit | | 6/22/2011 | | US BANK CLAWB... | 50,600.00 |
| | | | MOSS & BARNETT... | Legal Fees | -15,600.00 |
| | | | RUDMAN PARTNE... | Other | -35,000.00 |
| TOTAL | | | | | -50,600.00 |

*98,116.60*

Case Name:     Petters Company, Inc.
Case Number:   08-45257

## ITEMIZATION OF CASH DISBURSEMENTS

| Date Paid | Payee | Description | Check Number | Amount |
|-----------|-------|-------------|--------------|--------|
| 6/13/2011 | M&I Bank | service charge | | $ 68.21 |
| 6/17/2011 | IKON Office | document production | wire | $ 1,274.60 |
| 6/17/2011 | PGW | salaries/wages and payroll taes | wire | $ 4,428.41 |
| 6/17/2011 | PGW | messenger fee | wire | $ 183.34 |
| 6/30/2011 | Crown Bank | service charge | wire | $ 19.62 |
| | | | TOTAL | $5,974.18 |

## CHECKS ISSUED BUT NOT PRESENTED FOR PAYMENT

| Date Issued | Payee | Description | Check Number | Amount |
|-------------|-------|-------------|--------------|--------|
| | | | TOTAL | |

**GRAND TOTAL** $ 5,974.18

2:13 PM
07/12/11

# PETTERS COMPANY, INC.
## Check Detail
### June 2011

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | wire | 6/13/2011 | **M & I Bank** | | **M & I Bank** | | **-68.21** |
| | | | | | Bank Service Char... | -68.21 | 68.21 |
| TOTAL | | | | | | -68.21 | 68.21 |
| **Bill Pmt -Check** | wire | 6/17/2011 | PETTERS GROUP... | | **US BANK CLAWB...** | | **-4,611.75** |
| Bill | 8334 | 5/26/2011 | | | Postage and Deliv... | -183.34 | 183.34 |
| Bill | 8333 | 5/31/2011 | | | Salaries and wages | -3,730.76 | 3,730.76 |
| | | | | | Payroll Taxes | -697.65 | 697.65 |
| TOTAL | | | | | | -4,611.75 | 4,611.75 |
| **Check** | wire | 6/17/2011 | IKON  Office Solu... | | **US BANK CLAWB...** | | **-1,274.60** |
| | | | | | Printing and Repro... | -1,274.60 | 1,274.60 |
| TOTAL | | | | | | -1,274.60 | 1,274.60 |
| **Check** | wire | 6/30/2011 | crown bank | | **Crown Bank** | | **-19.62** |
| | | | | | Bank Service Char... | -19.62 | 19.62 |
| TOTAL | | | | | | -19.62 | 19.62 |

$5,974.18

| Case Name: | Petters Company, Inc. |
|---|---|
| Case Number: | 08-45257 |

**BANK RECONCILIATIONS**

MONTH:     June-11

The Debtor in Possession must complete the Reconciliation below for each bank account (e.g., General Payroll, Tax, etc.), including all savings and investment accounts (e.g., money market accounts, certificates of deposit, government obligation, etc.). Attach additional sheets if necessary.

| Bank Account Purpose:<br>Bank Account Number: | Acct:  Crown payroll<br>No:          1102227 | Acct:  M&I operating<br>No:          1959018 | US Bank<br>Acct:  clawback<br>No: | US Bank<br>Acct:     collateral<br>No: | US Bank<br>Acct:  operating<br>No:  1 047 7931 5084 | Month<br>Total |
|---|---|---|---|---|---|---|
| 1 Balance Per Bank Statement | $3,384.87 | $9,554.37 | $471,524.09 | $882,907.39 | $0.00 | $1,275,228.30 |
| 2 Add: Total Deposits Not Credited | $0 | $0 | $0 | $0 | $0 | $0.00 |
| 3 Add: Service Charges | $0.00 | $0.00 | $0.00 | $0 | $0 | $0.00 |
| 4 Subtract: Outstanding Checks | $0 | | $0.00 | $0 | $0 | $0.00 |
| 5 Subtract: Interest Earned | $0 | $0 | $0 | $0 | $0 | $0 |
| End of Month Bank Balance | $3,384.87 | $9,554.37 | $471,524.09 | $882,907.39 | $0.00 | $1,275,228.39 |
| 6 Per Books | $3,384.87 | $9,554.37 | $471,524.09 | $882,907.39 | $0.00 | $1,275,228.30 |

Investment Accounts:

| | Account Name<br>and Number | Date<br>of Purchase | Type<br>of Instrument | Purchase<br>Price | Current<br>Value |
|---|---|---|---|---|---|
| 7 | NONE | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | TOTAL | | | | |
| | Total Cash - End of Month:<br>(lines 6+11) | | | ###### | |

| Case Name: | Petters Company, Inc. |
| Case Number: | 08-45257 |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, please list the amount paid to insiders (as defined in Section 101 (31) (A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for payments to insiders identify the type of compensation paid (e.g., salary, bonus, commission, insurance, housing allowance, travel, car allowance, etc.) Attach additional pages as necessary.

|  | Insiders: Name | Type of Compensation | Month 1 | Month 2 | Month 3 | Quarter Total |
|---|---|---|---|---|---|---|
| 1 | NONE | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | Total Payments to Insiders | | $          - | $          - | $          - | $          - |

|  | Professionals: Name | Date of Court Order Authorizing Payment | Month 1 | Month 2 | Month 3 | Quarter Total |
|---|---|---|---|---|---|---|
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | Total: Professionals | | $          - | $          - | $          - | $          - |

Case Name:            Petters Company, Inc.
Case Number:          08-45257

## STATUS OF POST-PETITION TAXES

Month:        June-11

| | FEDERAL | Beginning Tax Liability* | Amount Withheld and/or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|---|
| 1 | Withholding** | $0 | $0 | $0 | $0 |
| 2 | FICA-Employee** | $0 | $0 | $0 | $0 |
| 3 | FICA-Employer** | $0 | $0 | $0 | $0 |
| 4 | Unemployment | $0 | $0 | $0 | $0 |
| 5 | Income | unknown | $0 | $0 | unknown |
| 6 | Other (list) | $0 | $0 | $0 | $0 |
| 7 | Total Federal Taxes | $0 | $0 | $0 | $0 |
| | | | | | |
| | STATE & LOCAL | | | | |
| 8 | Withholding | $0 | $0 | $0 | $0 |
| 9 | Sales | $0 | $0 | $0 | $0 |
| 10 | Excise | $0 | $0 | $0 | $0 |
| 11 | Unemployment | $0 | $0 | $0 | $0 |
| 12 | Other | $0 | $0 | $0 | $0 |
| 13 | Real Property | $0 | $0 | $0 | $0 |
| 14 | Personal Property | $0 | $0 | $0 | $0 |
| 15 | Other (list) | $0 | $0 | $0 | $0 |
| 16 | Total State & Local Taxes | $0 | $0 | $0 | $0 |
| | | | | | |
| 17 | TOTAL TAXES DUE | $0 | $0 | $0 | $0 |

List any pre-petition taxes paid during reporting period:        none

Explain the reason for any payment on pre-petition taxes:
DEBTOR HAS NOT PAID ANY PRE-PETITION TAXES.

Explain the reason any post-petition taxes are past due:
TO MY KNOWLEDGE, NO POST PETITON TAXES ARE PAST DUE.

\* The beginning tax liability should represent the liability from the prior month, or if this is the first operating report, the amount should be zero.

\*\* Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payments or deposits.

Case Name:  Petters Company, Inc.
Case Number:  08-45257

## AGING SCHEDULE OF POST-PETITION PAYABLES

Month:    June-11

| | Accounts Payable: Vendor | Current 0-30 Days | 31-60 Days | 61-90 Days | 91 & Over Days | TOTAL |
|---|---|---|---|---|---|---|
| 1 | See attached | | | | | $ - |
| 2 | | | | | | $ - |
| 3 | | | | | | $ - |
| 4 | | | | | | $ - |
| 5 | | | | | | $ - |
| 6 | | | | | | $ - |
| 7 | | | | | | $ - |
| 8 | | | | | | $ - |
| 9 | | | | | | $ - |
| 10 | | | | | | $ - |
| 11 | | | | | | $ - |
| 12 | | | | | | $ - |
| 13 | | | | | | $ - |
| 14 | | | | | | $ - |
| | TOTAL PAYABLES | $ - | $ - | $ - | $ - | $ - |
| | TAXES PAYABLE | | | | | |
| | Taxing Authority | | | | | |
| 16 | Federal | | | | | $ - |
| 17 | State | | | | | $ - |
| 18 | | | | | | $ - |
| 19 | | | | | | $ - |
| 20 | | | | | | $ - |
| 21 | | | | | | $ - |
| | TOTAL TAXES | $ - | $ - | $ - | $ - | $ - |

Case 08-45257 Doc 1304 Filed 08/11/11 Entered 08/11/11 14:52:06 Desc Main
Document Page 19 of 22
2:14 PM
07/12/11
DEBTORS/COMPANY NAME
A/P Aging Detail
As of June 30, 2011

| | Type | Date | Num | Name | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | |
| Total Current | | | | | | | |
| | | | | | | | |
| **1 - 30** | | | | | | | |
| Total 1 - 30 | | | | | | | |
| | | | | | | | |
| **31 - 60** | | | | | | | |
| Total 31 - 60 | | | | | | | |
| | | | | | | | |
| **61 - 90** | | | | | | | |
| Total 61 - 90 | | | | | | | |
| | | | | | | | |
| **> 90** | | | | | | | |
| | Bill | 10/27/2008 | Acct #836794113 | AT&T Mobility | 11/06/2008 | 966 | 221.28 |
| | Bill | 11/07/2008 | Acct #731540364 | AT&T Mobility | 11/17/2008 | 955 | 312.59 |
| | Bill | 11/10/2008 | Inv #1931296133 | Verizon Wireless-PA | 11/20/2008 | 952 | 102.57 |
| | Bill | 11/26/2008 | Acct #836794113 | AT&T Mobility | 12/06/2008 | 936 | 236.43 |
| | Credit | 12/06/2008 | Inv #1944107505 | Verizon Wireless-PA | | | -49.48 |
| | Credit | 12/22/2008 | Inv #1951785990 | Verizon Wireless-PA | | | -62.12 |
| | Bill | 02/20/2009 | #B05003367 | INDIANAPOLIS LIFE INSURANCE | 01/09/2009 | 902 | 13,221.80 |
| | Bill | 01/01/2009 | Policy #B05005420 | INDIANAPOLIS LIFE INSURANCE | 01/16/2009 | 895 | 14,500.00 |
| | Bill | 01/06/2009 | Acct #731540364 | AT&T Mobility | 01/16/2009 | 895 | 215.01 |
| | Bill | 01/22/2009 | Inv #1964743722 | Verizon Wireless-PA | 02/01/2009 | 879 | 6.82 |
| | Bill | 03/01/2009 | Inv #10/10/08 | PETTERS GROUP, LLC | 03/01/2009 | 851 | 1,619.26 |
| | Bill | 03/27/2009 | Policy #100051331 | Aviva Life and Annuity Company | 04/06/2009 | 815 | 35,080.51 |
| | Bill | 06/22/2009 | #77868552 | PRUDENTIAL | 07/10/2009 | 720 | 56,350.00 |
| **> 90** | | | | **TOTAL POST PETITION LIABILITIES** | | | **121,754.67** |
| | | | | | | | |
| | | | | **PRE PETITION LIABILITIES** | | | |
| **> 90** | | | | | | | |
| | Bill | 01/08/2004 | #CWC 0323463 | HARRIS HOMEYER COMPANY | 01/18/2004 | 2,720 | 215.08 |
| | Credit | 11/01/2005 | CRM185 | PETTERS GROUP, LLC | | | -47.57 |
| | Credit | 11/01/2005 | CRM184 | PETTERS GROUP, LLC | | | -47.57 |
| | Bill | 07/01/2008 | INV #7532 | PETTERS GROUP, LLC | 07/01/2008 | 1,094 | 75,000.00 |
| | Bill | 07/09/2008 | Inv #7641 | PETTERS GROUP, LLC | 07/09/2008 | 1,086 | 70.73 |
| | Credit | 07/17/2008 | PCI Inv #14375 | Petters Capital, LLC | | | -6,775.00 |
| | Bill | 07/17/2008 | Inv #7671 | PETTERS GROUP, LLC | 07/17/2008 | 1,078 | 613.85 |
| | Bill | 07/21/2008 | Inv #7688 | PETTERS GROUP, LLC | 07/21/2008 | 1,074 | 4,063.48 |
| | Bill | 07/31/2008 | Inv #7754 | PETTERS GROUP, LLC | 07/31/2008 | 1,064 | 437.16 |
| | Bill | 07/31/2008 | Inv #7761 | PETTERS GROUP, LLC | 07/31/2008 | 1,064 | 3,238.53 |
| | Bill | 08/01/2008 | Inv #7719 | PETTERS GROUP, LLC | 08/01/2008 | 1,063 | 75,000.00 |
| | Bill | 08/01/2008 | Inv #7703 | PETTERS GROUP, LLC | 08/01/2008 | 1,063 | 4,280.00 |
| | Bill | 07/23/2008 | Inv #1887927533 | Verizon Wireless-PA | 08/02/2008 | 1,062 | 138.18 |
| | Bill | 08/12/2008 | Inv #7780 | PETTERS GROUP, LLC | 08/12/2008 | 1,052 | 82.55 |
| | Bill | 08/12/2008 | Inv #7784 | PETTERS GROUP, LLC | 08/12/2008 | 1,052 | 32.00 |
| | Bill | 08/01/2008 | Inv #20060192 | THOMAS PETTERS, INC. | 08/16/2008 | 1,048 | 12,500.00 |
| | Bill | 08/25/2008 | Inv #7820 | PETTERS GROUP, LLC | 08/25/2008 | 1,039 | 3.19 |
| | Bill | 08/25/2008 | Inv #7831 | PETTERS GROUP, LLC | 08/25/2008 | 1,039 | 16.00 |
| | Bill | 08/15/2008 | Inv #20060193 | THOMAS PETTERS, INC. | 08/30/2008 | 1,034 | 12,500.00 |
| | Bill | 08/21/2008 | #3410503468431 | Sam's Club | 08/31/2008 | 1,033 | 210.00 |
| | Bill | 08/21/2008 | Inv #1006105 | FREDRIKSON & BYRON | 08/31/2008 | 1,033 | 1,897.60 |
| | Bill | 08/31/2008 | Inv #7871 | PETTERS GROUP, LLC | 08/31/2008 | 1,033 | 3,238.53 |
| | Bill | 08/31/2008 | Inv #7850 | PETTERS GROUP, LLC | 08/31/2008 | 1,033 | 475.21 |
| | Bill | 08/31/2008 | Inv #7860 | PETTERS GROUP, LLC | 08/31/2008 | 1,033 | 6,195.99 |
| | Bill | 09/01/2008 | Inv #7901 | PETTERS GROUP, LLC | 09/01/2008 | 1,032 | 75,000.00 |
| | Bill | 09/01/2008 | Inv #7886 | PETTERS GROUP, LLC | 09/01/2008 | 1,032 | 4,280.00 |
| | Bill | 09/01/2008 | Inv #7981 | PETTERS GROUP, LLC | 09/01/2008 | 1,032 | 4,280.00 |
| | Bill | 09/01/2008 | Inv #8079 | PETTERS GROUP, LLC | 09/01/2008 | 1,032 | 12,685.89 |
| | Bill | 09/01/2008 | Inv #20060194 | THOMAS PETTERS, INC. | 09/16/2008 | 1,017 | 12,500.00 |

**PETTERS COMPANY, INC.**

**A/P Aging Detail**

**As of June 30, 2011**

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|------|------|-----|------|----------|-------|--------------|
| Bill | 09/06/2008 | Inv #1905753291 | Verizon Wireless-PA | 09/16/2008 | 1,017 | 107.55 |
| Bill | 09/06/2008 | Policy #100053597 | INDIANAPOLIS LIFE INSURANCE | 09/21/2008 | 1,012 | 20,783.15 |
| Bill | 09/24/2008 | Inv #292946468 | FEDERAL EXPRESS | 09/24/2008 | 1,009 | 98.42 |
| Bill | 09/15/2008 | Inv #224567 | Street Fleet | 09/25/2008 | 1,008 | 19.01 |
| Bill | 09/25/2008 | Inv #888966713 | FEDERAL EXPRESS | 09/25/2008 | 1,008 | 32.20 |
| Bill | 09/25/2008 | Inv #7969 | PETTERS GROUP, LLC | 09/25/2008 | 1,008 | 7,269.42 |
| Bill | 09/15/2008 | Inv #20060195 | THOMAS PETTERS, INC. | 09/30/2008 | 1,003 | 12,500.00 |
| Bill | 09/15/2008 | Acct #341724234 | T-Mobile | 09/30/2008 | 1,003 | 67.19 |
| Bill | 09/30/2008 | Inv #8047 | PETTERS GROUP, LLC | 09/30/2008 | 1,003 | 3,238.53 |
| Bill | 09/30/2008 | Inv #8012 | PETTERS GROUP, LLC | 09/30/2008 | 1,003 | 3,438.36 |
| Bill | 09/30/2008 | Inv #8032 | PETTERS GROUP, LLC | 09/30/2008 | 1,003 | 387.99 |
| Bill | 09/30/2008 | Inv #8020 | PETTERS GROUP, LLC | 09/30/2008 | 1,003 | 1,173.52 |
| Bill | 09/30/2008 | Inv #8087 | PETTERS GROUP, LLC | 09/30/2008 | 1,003 | 13.09 |
| Bill | 09/30/2008 | Inv #8091 | PETTERS GROUP, LLC | 09/30/2008 | 1,003 | 57.59 |
| Bill | 10/01/2008 | Inv #7993 | PETTERS GROUP, LLC | 10/01/2008 | 1,002 | 75,000.00 |
| Credit | 10/01/2008 | CRM0007969 | PETTERS GROUP, LLC | | | -182.70 |
| Credit | 10/01/2008 | CRM000745 | PETTERS GROUP, LLC | | | -75,000.00 |
| Bill | 09/23/2008 | Inv #731540364 | AT&T Mobility | 10/03/2008 | 1,000 | 890.81 |
| Bill | 09/23/2008 | Acct #836794113 | AT&T Mobility | 10/03/2008 | 1,000 | 501.46 |
| Bill | 10/06/2008 | Inv #8070 | PETTERS GROUP, LLC | 10/06/2008 | 997 | 20.00 |
| Bill | 10/01/2008 | Inv #249 | 200 Water LLC | 10/11/2008 | 992 | 1,680.00 |
| Bill | 10/01/2008 | 1010440 | FREDRIKSON & BYRON | 10/11/2008 | 992 | 806.40 |
| Bill | 10/01/2008 | 1010433 | FREDRIKSON & BYRON | 10/11/2008 | 992 | 51,842.80 |
| Bill | 10/01/2008 | 1010417 | FREDRIKSON & BYRON | 10/11/2008 | 992 | 14,812.77 |
| Bill | 10/01/2008 | 1010418 | FREDRIKSON & BYRON | 10/11/2008 | 992 | 5,957.46 |
| Bill | 10/11/2008 | Inv #8104 | PETTERS GROUP, LLC | 10/11/2008 | 992 | 49.68 |
| Bill | 10/01/2008 | Inv #20060196 | THOMAS PETTERS, INC. | 10/16/2008 | 987 | 12,500.00 |
| Bill | 10/06/2008 | Inv #1918501285 | Verizon Wireless-PA | 10/16/2008 | 987 | 389.23 |
| Bill | 10/07/2008 | Acct #731540364 | AT&T Mobility | 10/17/2008 | 986 | 1,241.78 |
| Bill | 10/03/2008 | #100051331 | INDIANAPOLIS LIFE INSURANCE | 10/18/2008 | 985 | 24,290.02 |
| Bill | 10/10/2008 | Inv #12747 | Alliance Courier | 10/20/2008 | 983 | 13.33 |

> 90                          **TOTAL PRE PETITION LIABILITIES**                      466,082.89

**TOTAL LIABILITIES**          $      587,837.56

Case Name:                               Petters Company, Inc.
Case Number:                             08-45257

## POST-PETITION STATUS OF SECURED NOTES, LEASES
## PAYABLE AND ADEQUATE PROTECTION PAYMENTS

Month:       June-11

| Post-Petition Secured Notes, Leases Payable and Adequate Protection Payments (Unpaid Post-Petition Only) | Scheduled Monthly Payment Due | Amount Paid During Month | Total Unpaid |
|---|---|---|---|
| List Creditor/Lessor * | | | $          - |
| 22 NONE | | | $          - |
| 23 | | | $          - |
| 24 | | | $          - |
| 25 | | | $          - |
| 26 | | | $          - |
| TOTAL DUE | $          - | $          - | $          - |

* A creditor or lessor who is also an officer, shareholder or an insider by reason of relationship or control, is to be identified by **.

## ACCOUNTS RECEIVABLE AGING

| | AGING | Month 1 of Quarter | Month 2 of Quarter | Month 3 of Quarter |
|---|---|---|---|---|
| 1 | none | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

## QUESTIONNAIRE

Case Name: __Petters Company, Inc.__

United States Bankruptcy Court District of __Minnesota__

Case Number: __08-45257__ _____ Division

Month: __June-11__

**1 Taxes:**
Are all post-petition payroll, state and federal taxes current?
    Yes X        No ( )
Are all post-petition income taxes, state and federal, current?
    Yes X        No ( )
Are all other post-petition taxes current?
    Yes X        No ( )
If the answer to any of the questions above is no, please list the balances which are outstanding on the schedules of post-petition taxes payable.

**2 Insurance**
Are workers compensation, general liability and other necessary insurance in effect?
    Yes X        No ( )
Are all premium payments current?
    Yes X        No ( )

PLEASE ITEMIZE ALL POLICIES:

| | Type of Policy | Carrier | Expiration Date | Installment Payment Amount | Period Covered | Paid Through |
|---|---|---|---|---|---|---|
| A | Commercial Liability | The Hanover Insurance Group | 9/30/2011 | $1,130.41 | 09/30/10-09/30/11 | 9/30/2011 |
| B | Workers Compensation | The Hanover Insurance Group | 9/30/2011 | $826.00 | 09/30/10-09/30/11 | 9/30/2011 |

**3 Have any payments been made to any pre-petition creditors?**
Secured    Yes ( )    No X
Priority    Yes ( )    No X
Unsecured    Yes ( )    No X
If yes, please identify to whom the payment(s) has been made, the date(s) and the amount(s).

**4 Have any assets been sold outside the normal course of business?**
Yes( )    No X
If yes, please describe the assets which were sold and attach an order by the Court authorizing the sale.

**5 Have all funds been deposited in and disbursed from the Chapter 11 debtor bank accounts?**
Yes X    No ( )

**6 Are all post-petition accounts receivable due from non-related parties?**
Yes ( )    No X

**7 What specific efforts have been made in the past month toward the development of a Plan of Reorganization?**

PricewaterhouseCoopers, LLP ("PwC") a forensic accounting firm, has analyzed the receipts of, as well as disbursements of, funds in this case, as well as affiliated cases. PwC prepared an interim report that was filed with the Court on December 15, 2010. The Trustee has filed more than 200 adversary complaints seeking to avoid and recover fraudulent and preferential transfers made by the Debtors for the benefit of creditors. A hearing was held on January 18, 2010 to address and establish scheduling and timing of discovery and various other matters related to the conduct of these filed adversary proceedings. Additionally, a motion to substantively consolidate PCI and 8 special purpose entity debtors has been filed with the Court. Defendants filed more than 100 motions to dismiss on all or certain counts of the complaints. The issues have been briefed and a hearing on the motions was originally contemplated being scheduled in June but pursuant to communications from the court will now be rescheduled for September at the earliest. It is presently not contemplated that a plan of reorganization will be filed until such time as material resolution has occurred with respect to the pending litigation.