# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | |
| Debtors. | Court File No. 08-45257 |
| (includes: | Court Files No.'s: |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

## ORDER APPROVING SETTLEMENT AGREEMENT

This matter came before the court on December 20, 2011, on the motion of Douglas A. Kelley, Chapter 11 Trustee of the above-captioned bankruptcy estates, to approve a Settlement Agreement entered by and among Douglas A. Kelley, as the Chapter 11 Trustee of the above-captioned debtors, and Alan M. Miller and A.M. Aero, Inc. resolving certain disputes that have arisen in these cases. Based on the arguments of counsel, moving documents, the record made at the hearing, the Court's findings of fact and conclusions of law, if any, having been recorded in open court following the close of evidence and the court having reviewed the Settlement Agreement and being fully advised in the premises,

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/20/2011*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED;

2. The Settlement Agreement described in the Motion is hereby approved and Douglas A. Kelley, as the Chapter 11 Trustee for the above-captioned debtors, is authorized to perform the terms thereof; and

3. This court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: December 20, 2011

*/e/ Gregory F. Kishel*

Gregory F. Kishel
Chief United States Bankruptcy Judge